JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 551 -- In re Washington Public Power Supply System Securities Lit.

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 83/04/15 | 1 | MOTION, MEMORANDUM, SCHEDULE OF ACTIONS, CERT. OF SVC. -- Pltfs. Massry, Mirotznik, Harris, Puchall, Sheldon and Schroeder (emh) SUGGESTED TRANSFEREE DISTRICT: W.D. Washington SUGGESTED TRANSFEREE JUDGE:          (emh) |
| 83/04/18 | | AMENDMENT TO HEARING ORDER OF APRIL 15, 1983 -- Setting motion of certain plaintiffs to transfer actions to W.D. Washington for Panel hearing in Washington, D.C. on May 19, 1983  (cds) |
| 83/04/27 | 2 | REPONSE -- Pltf. Leonard Laub -- w/cert. of svc. (emh) |
| 83/04/27 | | APPEARANCES:  James R. Irwin for David Gold; Sherrie Savett for Rosalyn Mirotznik;  Stephen Oestreich for Morris Massry; Stuart Wechsler for Moise Katz & Paul Bonseigneur; Paul Bernstein for Henry Puchall;  Leornard Barrack for Dr. Howard Sheldon;  Samuel Sporn for Jack Schroeder; Stephen Hoffman for Leonard Laub;  Richard Yarmuth for Washington Public Power Supply System;  William Wurtz for Smith Barney, Harris Upham & Co.;  Peter J. Nickles for Ebasco Services Inc.;  Steven J. Palmer for Public Utility District No. 1 of Franklin County; Albert R. Malanca for PUD No. 1 of Benton County, PUD No. 1 of Lewis County, PUD No. 1 of Clark County, PUD No. 1 of Okanogan County, PUD No. 1 of Grays Harbor County, PUD No. 1 of Cowlitz County, City of Tacoma, PUD No. 1 of Skamania County, PUD No. 2 of Pacific County; Ronald E. Bailey for City of Drain and City of McMinnville; John D. Lowery for City of Bandon, City of Bonners Ferry City of Burley, Clearwater Power Co., Elmhurst Mutual ~~Clearwater Power Co~~ Power & Light, Glacier Electric Coop., Idaho County Light & Power, City of Idaho Falls, Ohop Mutual Light, Okanogan County Electric Cooperative, City of Port Angeles, City of Rupert, Rural Electric Assn., Unity Light & Power Co., and Wells Rural Electric Co.; Steven A. Tuft for City of Heyburn, Idaho;  John W. Lowery for City of Centralia;  Daniel O. Glenn for Town of McCleary;  Richard S. White for Umatilla Electric Cooperative Assn.;  William F. Koegel for Merrill Lynch, Pierce, Finner & Smith, Inc. and Merrill Lynch White Weld Capital Markets Group;  J. Lawrence Blades for Wood & Dawson -- cont'd on next page (emh) ~~Dawson~~ |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 551 --

| Date | Rel. | Pleading Description |
|------|------|----------------------|
| 83/04/27 | | APPEARANCES cont'd -- P.B. Konrad Knake for Moody's Investors Service Inc.;  Bernard J. Smolens for United Engineers & Constructors, Inc.; Peter C. Hein for Salomon Brothers Inc.;  R. L. Marceau for Central Electric Cooperative, Inc.;  Irwin J. Sugarman for Houghton Cluck Coughlin & Riley, P.C.;  Leonard Joseph for Prudential-Bache Securities Inc.;  William M. Dallas for Standard & Poor's Corp.;  Jerome Hillis for Salmon River Electric Cooperative, Inc.; Jerome Hillis for Tanner Electric Cooperative, Vera Irrigation District No. 15, Ravalli County Electric Cooperative, Vigilante Electric Cooperative, Missoula Electric Cooperative;  Hugo E. Oswald for City of Ellensburg, Wash., Klickitat County Public Utility No. l., Wahkiakum County Public Utility District No. 1, Pend Oreille County Public Utility District No. 1; David F. Jurca for Columbia Rural Electric Assn., Blachly-Lane County Cooperative Electric Assn., Columbia Basin Electric Cooperative, Consumers Power, Inc., Coos-Curry Electric Cooperative, Inc., Douglas Electric Cooperative, Inc., Hood River Electric Cooperative, Lane Electric Cooperative, Midstate Electric Cooperative, Inc., Salem Electric, Wasco Electric Cooperative, Kootenai Electric Cooperative, Fall River Rural Electric Cooperative, Los River Electric Cooperative, Inc., Raft River Rural Electric Cooperative, Inc.   (emh) |
| 83/04/28 | 3 | REPONSE -- Pltf. David Gold -- w/Exhibit A & B and cert. of svc. (emh) |
| 83/04/29 | 4 | REQUEST FOR EXTENSION OF TIME -- Salomon Brothers Inc. -- GRANTED TO ALL to & including 5/26/83 (emh) |
| 83/04/29 | 5 | REQUEST FOR EXTENSION OF TIME -- Blyth Eastman Paine Webber, Inc. -- GRANTED TO ALL to & including 5/26/83 emh |
| 83/04/29 | | ORDER VACATING HEARING OF MAY 19, 1983 AND EXTENDING TIME FOR FILING RESPONSES to & incl. May 26, 1983 to ALL PARTIES pursuant to 28 U.S.C. §1407 (emh) |
| 83/05/02 | 6 | JOINDER IN MOTION -- Deft. Washington Public Utilities Group -- w/cert. of svc. (emh) |
| 83/05/02 | | APPEARANCES -- GEORGE M. MACK, ESQ. for City of Richland; DWIGHT A. HALSTEAD, ESQ. for Benton Rural Electric Assoc.; STEVEN A. TUFT, ESQ. for City of Heyburn and substituting for John D. Lowery, Esq. for the 16 utilities listed previously filed on 4/27/83       (ds) |

Case MDL No. 551   Document 1   Filed 06/03/15   Page 3 of 60

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **551** -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 83/05/04 | | APPEARANCE -- ROY J. MOCERI, ESQ. for R. W. Beck and Associates                                    (ds) |
| 83/05/05 | | APPEARANCE -- DAVID F. JURCA, ESQ. for Umatilla Electric Cooperative Association w/svc.          (ds) |
| 83/05/10 | | APPEARANCE -- JEROME HILLIS, ESQ. for City of Milton-Freewater (ds) |
| 83/05/12 | | APPEARANCE -- JOHN D. LOWERY, ESQ. for the 17 utilities ~~listed previously filed~~ by Steven Tuft, ESQ. (ds) |
| 83/05/23 | 7 | JOINDER IN MOTION -- 17 defendants listed below w/cert. of svc.    (ds) |
| | | CITY OF BANDON<br>CITY OF BONNERS FERRY<br>CITY OF BURLEY<br>CLEARWATER POWER COMPANY<br>ELMHURST MUTUAL POWER & LIGHT<br>GLACIER ELECTRIC COOPERATIVE<br>IDAHO COUNTY LIGHT & POWER<br>CITY OF IDAHO FALLS<br>OHOP MUTUAL LIGHT<br>OKANOGAN COUNTY ELECTRIC COOPERATIVE<br>CITY OF PORT ANGELES<br>CITY OF RUPERT<br>RURAL ELECTRIC ASSOCIATION<br>UNITY LIGHT & POWER COMPANY<br>WELLS RURAL ELECTRIC COMPANY<br>CITY OF HEYBURN<br>CITY OF CENTRALIA |
| 83/05/23 | | APPEARANCE -- ROBERT WOODY, ESQ. for Blythe Eastman Paine Webber, Inc.            (ds) |
| 83/05/26 | 8 | RESPONSE/MEMORANDUM -- United Engineers & Constructors, Inc. w/cert. of svc.  (ds) |
| 83/05/26 | 9 | RESPONSE -- Washington Public Power Supply System w/cert. of svc.          (ds |
| 83/05/26 | 10 | RESPONSE -- Blyth Eastman -- w/cert. of service  (cds) |
| 83/05/27 | 11 | JOINDER IN MOTION -- City of Richland, Washington -- w/cert. of service  (cds) |
| 83/05/27 | 12 | RESPONSE -- Deft. Moody's Investors Service, Inc. -- w/cert of service  (cds) |
| 83/05/27 | 13 | MOTION, BRIEF, SCHEDULE, CERT. OF SERVICE -- Ebasco Services, Inc.<br>SUGGESTED TRANSFEREE COURT:  S. D. New York<br>SUGGESTED TRANSFEREE JUDGE:                          (cds) |
| 83/06/01 | 14 | JOINDER IN MOTION TO TRANSFER TO W.D. WASHINGTON -- Certain Defendants City of Seattle, Wash., Public Utility Districts No. 1 of Chelan County, No. 1 of Clallam County, No. 1 of Douglas County, No. 2 of Grant County, and No. 1 of Snohomish County -- w/cert. of service  (cds |

JPML FORM

**DOCKET ENTRIES**

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

DOCKET NO. ___  ___

| DATE | NO. | Pleading Description |
|------|-----|----------------------|
| 83/06/01 | 15 | Response -- Deft. Standard & Poors Corp. -- w/cert. of serv. (cds) |
| 83/06/01 | 16 | REPLY -- Certain Plaintiffs (movants) -- w/cert. serv. (cds |
| 83/06/03 | 17 | MOTION, BRIEF, SCHEDULE, EXHIBIT, AFFIDAVITS AND CERT. OF SERVICE -- Five Defendants: Salomon Bros., Inc.; Merrill Lynch, Pierce, Fenner & Smith, Inc.; Smith Barney; Prudential-Bache Sec., Inc.; and Wood & Dawson SUGGESTED TRANSFEREE COURT:  S.D. NEW YORK SUGGESTED TRANSFEREE JUDGE:           (cds-no letter sent) |
| 83/06/06 | 18 | RESPONSE -- defts. Houghton Cluck Coughlin & Riley w/cert. of svc.           (ds) |
| 83/06/06 | 19 | RESPONSE -- pltfs. Katz and Bonseigneur w/cert. of svc. -ds |
| 83/06/07 | 20 | RESPONSE/WAIVER OF ORAL ARGUMENT -- defts. City of Brandon, City of Bonners Ferry, City of Burley, City of Centralia, Clearwater Power Co., Elhurst Mutual Power & Light, Glacier Electric Cooperative, City of Heyburn, Idaho County Light & Power, City of Idaho Falls, Ohop Mutual Light, Okanogan County Electric Cooperative, City of Port Angeles, City of Rupert, Rural Electric Assoc., Unity Light & Power Co. and Wells Rural Electric Co. w/cert. of svc.           (ds) |
| 83/06/09 |  | REQUEST FOR PERMISSION TO FILE -- Defendants Alvin E. Fletcher, et al. -- GRANTED |
| 83/06/09 | 21 | RESPONSE -- Alvin E. Fletcher, et al. (7 defts.) -- w/cert. of service  (cds) |
| 83/06/10 | 22 | RESPONSE -- Missoula Electric Cooperative, Inc., Ravalli County Electric Cooperative, Inc., Salmon River electric Cooperative, Inc., Tanner Electric Cooperative, Inc., Vera Irrigation District No. 15 and Vigilante Electric Cooperative, Inc. w/cert. of svc.  (ds) |
| 83/06/13 | 23 | Response -- City of Richland -- w/affidavit and cert. of serv.  (cds) |
| 83/06/13 | 24 | RESPONSE -- 19 defendants (City of Bandon, City of Bonners Ferry, et al.) -- w/Exhibits A-D and cert. of serv. (cds) |
| 83/06/13 | 25 | RESPONSE -- Columbia Defendants (16 defendants, Columbia Rural Electric Assoc., Inc., et al.) -- w/Exhibits A-D and cert. of service  (cds) |
| 83/06/13 | 26 | RESPONSE -- Houghton Cluck Coughlin & Riley -- w/cert. of service  (cds) |
| 83/06/13 | 27 | RESPONSE -- WPPSS -- w/cert. of service  (cds) |
| 83/06/14 | 28 | RESPONSE -- Oregon PUDs -- w/Affidavits and cert. of service  (cds) |

JPML FORM 1A - Continuation

DOCKET ENTRIES -- p. 5

DOCKET NO. 551 -- In re Washington Public Power Supply System Securities Lit.

| Date | Ref | Pleading Description |
|------|-----|---------------------|
| 83/06/16 | 29 | RESPONSE -- Washington Public Utilities Group -- w/schedule of parties, affidavit and cert. of service  (cds) |
| 83/06/16 | 30 | RESPONSE -- Wahkiakum Defendants -- w/Exhibits A-E and cert. of service  (cds) |
| 83/06/17 | 31 | RESPONSE -- CITIES OF McMINNVILLE AND DRAIN, OREGON -- w/cert. of service   (cds) |
| 83/06/20 | 32 | RESPONSE -- Public Utility District No. 1 of Franklin County -- w/cert. of service  (cds) |
| 83/06/24 |  | HEARING ORDER -- setting motion for Panel Hearing in Portland, Maine on July 28, 1983  (cds) |
| 83/07/15 |  | APPEARANCE -- JACOB L. SMITH, ESQ. for City of Sumas  (ds) |
| 83/07/15 | 33 | SUPPLEMENTAL MEMORANDUM -- Washington Public Utilities Group -- w/Attachment and cert. of service  (cds) |
| 83/07/18 | 34 | SUPPLEMENTAL MEMORANDUM, EXHIBITS A AND B -- Columbia Defendants -- w/cert. of service  (cds) |
| 83/07/20 | 35 | SUPPLEMENTAL MEMORANDUM -- Five Defendants: Salomon Bros., Inc.; Merrill Lynch, Pierce, Fenner & Smith, Inc.; Smith Barney; Prudential-Bache Sec., Inc.; and Wood & Dawson -- w/Exhibits A through G and cert. of serv.  (cds) |
| 83/07/26 |  | HEARING APPEARANCES -- STANLEY NEMSER, ESQ. for Morris Massry and Rosalyn Mirotznik; SAMUEL P. SPORN, ESQ. for Jack B. Schroeder; MARC I. GROSS, ESQ. for Leonard Laub; RICHARD C. YARMUTH, ESQ. for Washington Public Power Supply System; KENNETH G. KIEFFER, ESQ. for Public Utility District No. 1 of Benton County, Washington; Public Utility District No. 1 of Lewis County, Washington; Public Utility District No. 1 of Clark County, Washington; Public Utility District No. 1 of Okanogan County, Washington; Public Utility District No. 1 of Grays Harbor County, Washington; Public Utility District No. 1 of Cowlitz County, Washington; City of Tacoma; Public Utility District No. 1 of Skamania County, Washington; Public Utility District No. 2 of Pacific County, Washington; Nespelem Valley Electric Coop.; IRWIN J. SUGARMAN, ESQ. for Houghton Cluck Coughlin & Riley; JOHN D. LOWERY, ESQ. for City of Bandon; City of Burley; Clearwater Power Co.; Glacier Electric Coop.; City of Heyburn; City of Idaho Falls; Ohop Mutual Light; Rural Electric Assoc.; Okanogan County Electric Coop.; Parkland Light & Water; Northern Lights, Inc.; Unity Light &Power; City of Bonners Ferry; City of Centralia; City of Port Angeles; Elmhurst Mutual Power & Light; Idaho County Light & Power; Wells Rural Electric; Prairie Power Coop.; City of Rupert; RICHARD S. WHITE, ESQ. for Columbia Rural Electric Assoc., Inc.; Blachly-Lane County Coop. Electric Assoc.; Columbia Basin Electric Coop., Inc.; Consumers Power, Inc.; Coos-Curry Electric Coop., Inc.; Douglas Electric Coop., Inc.; Hood River Electric Coop.; |

OVER ⟶

*P 4*

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 551 --  _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| | | Lane Electric Coop., Inc.; Midstate Electric Coop., Inc.; Salem Electric; Umatilla Electric Coop. Assoc.; Wasco Electric Coop., Inc.; Kootenai Electric Coop., Inc.; Fall River Rural Electric Coop., Inc.; Lost River Electric Coop., Inc.; Raft River Electric Coop., Inc.; JOHN TOMLINSON, ESQ. for Central Lincoln PUD; Clatskanie PUD; Northern Wasco County PUD; Tillamook PUD; HERBERT M. WACHTELL, ESQ. for Salomon Brothers, Inc.; WILLIAM F. KOEGEL, ESQ. for Merrill Lynch, Pierce, Fenner & Smith, Inc.; PETER J. NICKLES, ESQ. for Ebasco Services, Inc.; BERNARD J. SMOLENS, ESQ. for United Engineers & Constructors, Inc.; WILLIAM M. DALLAS, JR., ESQ. for Standard & Poor's Corporation; STUART D. WECHSLER, ESQ. for Moise Katz and Paul J. Bonseigneur; DANIEL O. GLENN, ESQ. for Town of McCleary                         (ds) |
| 83/07/26 | | WAIVER OF ORAL ARGUMENT -- Public Utility District No. 1 of Franklin County, Washington; City of Sumas; City of Richland, Washington; R. W. Beck and Associates; City of Springfield; City of Milton-Freewater; Blythe Eastman Paine Webber, Inc.; Prudential-Bache Securities, Inc.; Benton Rural Electric Assoc.; David B. Gold; City of Drain, Oregon; McMinnville Water & Light Commission; Henry Puchall; PUD No. 1 of Wahkiakum County, WA; PUD No. 1 of Kittitas County, WA; PUD No. 1 of Klickitat County, WA; PUD No. 1 of Pend Oreille County, WA; PUD No. 1 of Ferry County, WA; City of Ellensburg; Smith Barney, Harris Upham & Co., Inc.; Ravalli County Electric Coop., Inc., Montana; Salmon River Electric Coop., Inc., Idaho; Tanner Electric Coop., Inc., Washington; Vera Irrigation District No. 15, Washington; Vigilante Electric Coop., Inc., Montana; and Missoula Electric Coop., Inc., Montana;                          (ds) |
| 83/07/27 | 36 | LETTER -- re: further proceedings -- Salomon Brothers, Inc. w/cert. of svc.    (ds) |
| 83/08/05 | | CONSENT OF TRANSFEREE COURT for assignment of litigation to the Honorable Richard M. Bilby (from D. Ariz.) pursuant to 28 U.S.C. §1407. (emh) |
| 83/08/05 | | TRANSFER ORDER -- transferring litigation (A-11 & A-12) to W.D. Washington pursuant to 28 U.S.C. §1407. Notified involved clks. & jdgs., recipients, publishers, and PASL A-1 thru A-13 & all defts (up to p.6) (emh) |
| 83/08/08 | 37 | SUPPLEMENAL MEMORANDUM -- Pltfs. Mirotznik; Massry; Harris; Puthall; Sheldon; and Schroeder -- w/Exhibits and cert. of svc. (emh) |

JPML FORM

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET :   551

| Date | No. | Pleading Description |
|---|---|---|
| 83/08/10 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-14 Wallace M. Rudolph v. Merrill, Lynch, Pierce, Fenner & Smith, Inc., N.D.Ill., C.A. No. 83C 3303; B-15 Malcolm Pine, et al. v. Chemical Bank, et al., E.D.N.Y., C.A. No. 83-2896; and B-16 V. Lee Ringler, et al. v. Merrill, Lynch, Pierce, Fenner & Smith, Inc., S.D.Ga., C.A. No. CV183-18. Notified involved judges and counsel.   (jsj) |
| 83/08/24 | 38 | NOTICE OF OPPOSITION - B-16 Ringler, et al. v. Merrell, Lynch, Pierce, Fenner & Smith, Inc., S.D.Ga., CV183-18 -- pltf. Ringler w/svc. -- Sent notice to L/C for pltfs. & defts., B-16 counsel and involved judges. (emh) |
| 83/08/25 | 39 | NOTICE OF OPPOSITION B-16 Ringler, et al. v. Merrell, Lynch, Pierce, Fenner & Smith, Inc., S.D.Ga., CV183-18 -- (Local counsel for) deft. Merrill Lynch Pierce Fenner & Smith, Inc. -- Sent notice to L/C for pltfs. & defts., B-16 counsel and involved judges. (emh) |
| 83/08/25 | 40 | NOTICE OF OPPOSITION B-14 Rudolph v. Merrill, Lynch, Pierce, Fenner & Smith, Inc. -- Deft. Merrill, Lynch, Pierce, Fenner & Smith, Inc. -- Sent notice to L/C pltfs. & defts., B-14 counsel and involved judges. (emh) |
| 83/08/30 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-15 Pine, et al. v. Chem. Bank, et al., E.D.N.Y., 83-2896 -- NOTIFIED involved judges and clerks.  (emh) |
| 83/09/09 | 41 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- B-14 Wallace M. Rudolph v. Merrill, Lynch, Pierce, Fenner & Smith, Inc., W.D.Wash., C.A. No. 83C 3303 -- deft. Merrill, Lynch, Pierce, Fenner & Smith w/Exhibits and cert. of svc.   (jsj) |
| 83/09/12 | 42 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- B-16 V. Lee Ringler, et al. v. Merrill, Lynch, Pierce, Fenner & Smith, Inc., S.D.Ga., C.A. No. CV183-18 -- deft. Merrill, Lynch, Pierce, Fenner & Smith -- w/cert. of svc.   (jsj) |
| 83/09/13 | 43 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- B-14 Wallace M. Rudolph v. Merrill, Lynch, Pierce, Fenner & Smith, Inc., N.D. Ill., C.A. No. 83C 3303 -- plaintiff Wallace M. Rudolph -- w/cert. of svc. (jsj) |

*p. 8*

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. *551* -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 83/09/15 | 44 | SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO VACATE (See Pldg. 42) -- B-16 V. Lee Ringler, et al. v. Merrill, Lynch, Pierce, Fenner & Smith, Inc., S.D.Ga., C.A. No. CV183-18 -- defendant Merrill, Lynch, Pierce, Fenner & Smith, Inc. w/cert. of svc.  (jsj) |
| 83/09/15 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- B-16 V. Lee Ringler, et al. v. Merrill, Lynch, Pierce, Fenner & Smith, Inc., S.D.Ga., C.A. No. CV183-18 -- Notified involved judges and counsel.  (cds) |
| 83/09/28 | | HEARING ORDER -- Setting opposition of plaintiff Wallace M. Rudolph and defendant Merrell, Lynch, Fenner & Smith, Inc. to transfer B-14 for hearing on November 1, 1983 in Savannah, Georgia.  (jsj) |
| 83/11/10 | | ORDER DENYING TRANSFER -- B-14 Wallace M. Rudolph v. Merrill, Lynch, Pierce, Fenner & Smith, Inc., N.D.Ill., C.A. No. 83C3303 -- Notified involved judge, clerks and counsel. (jsj) |
| 84/09/05 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-26 Donald J. Glenning v. Donald Sheldon & Co., et al., S.D. Tex., G-83-467 -- NOTIFIED involved counsel and judges. (emh) |
| 84/09/21 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-26 Donald J. Glenning v. Donald Sheldon & Co., et al., S.D. Texas, C.A. No. G-83-467 -- Notified involved judge and clerk (rh) |
| 85/01/30 | | REASSIGNMENT LETTER from Judge Richard Bilby for litigation to be assignned to Judge Browning -- w/copy of court minutes (emh) |
| 85/01/30 | | ORDER REASSIGNING LITIGATION to the Honorable ~~William D.~~ James R. Browning ~~(Ninth Circuit, Chief Judge)~~ pursuant to 28 U.S.C. §1407 -- NOTIFIED PASL, transferee clerk, & involved judges. (emh) |
| 85/03/27 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-27 Edward Gaugler, et al. v. Merrill Lynch, Pierce, Fenner & Smith, Inc., et al., D. New Jersey, C.A. No. 85-0734-G.  Notified involved counsel and judges (rh) |
| 85/04/11 | 45 | NOTICE OF OPPOSITION -- C-27 Gaugler, et al. v. Merrill Lynch, Pierce, Fenner & Smith, Inc., et al., D. N.J., 85-0734-G -- filed by Deft. City of Seattle -- NOTIFIED PASL and involved judges. (emh) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 551 --   In re Washington Public Power Supply System Securities Lit.

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 85/05/03 | 46 | LETTER WITHDRAWING OPPOSITION IN C-27 Gaugler, et al. v. Merrill Lynch, Pierce, Fenner & Smith, Inc., et al., D.N.J., C.A. No. 85-0734-G -- Signed by Stellman Keehnel, counsel for City of Seattle, Washington  (cds) |
| 85/05/03 |  | ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER -- C-27 Edward Gaugler, et al. v. Merrill Lynch, Pierce, Fenner & Smith, Inc., et al., D.N.J., #85-0734-G -- NOTIFIED INVOLVED JUDGES, CLERKS AND COUNSEL (cds) |
| 85/07/02 | 47 | MOTION, BRIEF, SCHEDULE, CERT. OF SERVICE FOR TRANSFER OF D-29 through D-50 TO THE WESTERN DISTRICT OF WASHINGTON -- plaintiffs (in all actions) Arthur I. Kronfeld, et al.  (cds) |
| 85/07/10 | 48 | REQUEST FOR EXTENSION OF TIME FOR FILING RESPONSE -- Merrill Lynch, Pierce, Fenner & Smith, Inc. -- GRANTED AN EXTENSION FOR RESPONSE TIME ONLY, TO ALL PARTIES TO AND INDLUDING AUGUST 2, 1985  (cds) |
| 85/07/17 | 49 | REQUEST FOR EXTENSION OF TIME FOR FILING RESPONSE -- MBank Austin, N.A. -- Previously granted to ALL PARTIES TO AND INCLUDING AUGUST 2, 1985  (cds) |
| 85/07/17 | 50 | RESPONSE -- MBank Dallas, N.A. -- w/cert. of service and exhibit  (cds) |
| 85/07/22 | 51 | RESPONSE -- Pugent Sound National Bank -- w/cert. of service (cds) |
| 85/07/22 |  | APPEARANCES: HERBERT E. MILSTEIN, ESQ. FOR: ATHRUR KRONFELD, etc: LLOYD S. CLAREMAN, ESQ. for Shearson Lehman/American Express, Lehman Brothrs Kuhn Loeb, Inc., Robinson Humphrey/American Express and Foster & Marshall/American Expres; ROBERT T. WILDMAN For Traub & Company, Inc.,; M. DAVID HYMAN, ESQ., For: Bear, Stearns & Company; ROBERT R. ROSS, ESQ., For: Stephens Inc.; CHARLES A. REID, III, ESQ., For: Tucker, Anthony & R. L. DAY,Inc.,; DONNA M. SQUERI, ESQ., For: Bartlett & Company; JOSEPH P. DELAY, ESQ., For: Black & Clark Securities, Inc.,; GLENN V. WHITAKER, ESQ., For: Blank, Conger & Sena., Inc.,; KEITH BODE, ESQ., For: John Nuveen, Waterlek & Brown, Clayton Brown & Assoc., Inc., ANTHONY W. DJINIS, ESQ., For: David Lerner Associates, Inc.,; FRANK A. LIGHTMAS, JR., ESQ., For: Financial Research Co.; ROBINSON B. LACY, ESQ., For: The First Boston Corporation,; |

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 551 -- In re Washington Public Power Supply System Securities Lit.

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 85/07/22 | | APPEARANCES CONTINUED... |

NATHAN HOFFMAN, ESQ.,For: First Interregional Equity
Corporation,; JONATHAN D. GOLDBERG, ESQ., For: First National
Bank of Louisville,; ROBERT M. AXELROD, ESQ., For: First
National State Bank of New Jersey, Flagship Securities, Inc.,
Halpert, Oberst and Company, Liss, Tenner & Goldberg,Inc.,
McDonald & Company Securities, Inc., Mid-State Securities,
Inc., R.W. Peters, Rickel & Company, Inc.,; JEFFREY B.
MALETTA, ESQ., For: Folger Nolan Fleming Douglas, Inc.,;
ROBERT J. KATZ, ESQ., For: Goldman, Sachs & Company,; HOWARD
SILVERMAN, ESQ., For: Gruntal & Company,; BRUCE MARGER, ESQ.,
For: Rutland Bank,; LEO KAYSER, III, ESQ., For: Herbert J.
Sims & Company, Inc.; MARTIN S. COHEN, ESQ., For: Herzfeld &
Stern Inc., ; WILLIAM S. ABERNETHY, ESQ, For: Hill &
Company,; LOUIS PENTION, ESQ., For: Hopper Soliday, Inc.,;
STEVEN H. LEVINSON, ESQ., For: Hyun, Kowal & Company,; EDWARD
G. WOODWARD, ESQ., For: Interpacific Investors Services,
Inc., Carl J. Parker & Associate, Roland E. Catton, Inc.,;
JAMES M. BAUSCH, ESQ., For: Kirkpatrick, Pettis, Smith,
Polian, Inc., Ellis, Holyoke,; CHARLES H. MILLER, ESQ., For:
Lebenthal & Company,Inc., ; RAYMER F. MAQUIRE, JR., ESQ.,
For: Leddy, Wheeler & Alleman, Inc., DANA N. PESCOSOLIDO,
ESQ., For: Legg Mason Wood Walker, Inc.,; EUGENE P. SOUTHER,
ESQ., For: L. F. Rothschild, Unterberg, Towbin,; MARK JAFFE,
ESQ., For: Marshall & Meyer, Inc., ; JOHN A. PRICE, For:
Mercantile National Bank of Dallas,; RICHARD . CIRILLO, ESQ.,
For: Merrill Lynch, Pierce, Fenner & Smith Inc.,; DENNIS R.
FERGUSON, ESQ., For: NCNB National Bank of Florida,
Gulfstream First Bank,; W. MICHAEL DRAKE, ESQ., For:
Piper,Jaffray & Incorporated, Herron, Northwest, Miller &
Schroeder Municipals, Inc.; STEVE SHULTS, ESQ., For: Powell
& Satterfield, Inc.,; EDWARD M. LANE, ESQ., For: Puget Sound
National Bank,; FLETCHER L. YARBROUGH, ESQ., For: Rauscher
Pierce Refsnes, Inc.,; JOHN R. KIEFNER, JR., ESQ., For:
Raymond, James & Associates, Inc.,; FRANKLIN S. SCHWERIN,
ESQ., For: Rodman & Renshaw,; BRUCE MARGER, ESQ., For:
Rutland Bank,; RICHARD J. WERTHEIMER, ESQ., For: Sovran Bank,
N.A., First & Merchants National Bank,; THOMAS M. FINK, ESQ.,
For: Summrs & Company, Inc.,; PHILIP A. BROWN, ESQ., For:
Sweney, Cartwright & Company,; DIANA J. PAYNE, ESQ., For:
Trust Company of America,; MARTIN S. SIEGEL, ESQ., For:
Unified Securities Corporation, S. D. Cohn & Company,;
ADRINNE DeLUCA, ESQ., For: Walls Greenwood & Company,;
LAWRENCE R. SMALL, ESQ., For: William G. Papesh,  Murphey
Favre, Inc.,; LEO J. ASARO, ESQ., For: Edward D. Jones &
Company,; SETH T. TAUBE, ESQ., For: Cralin & Company, Inc.,;
JOHN A. PRICE, ESQ., For: American National Bank of Austin.
(paa)

JPML FORM 1A

$\rho$ $^{.11}$

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 551 -- In re Washington Public Power Supply Systems Securities Lit.

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 85/07/23 | | APPEARANCES: STUART A. KRAUSE, ESQ. for McLaughlin, Pivan, Vogel Inc.;  ROBERT S. VENNING, ESQ. for Birr, Wilson & Co., Inc.; JAMES R. VAN HORN, ESQ. for The First Jersey National Bank;  EDWARD F. MANNINO, ESQ. for First Pennsylvania Bank N.A.;  ROBERT G. MOCH, ESQ. for Robert M. MacRae, Inc.; MICHAEL HOLTZMAN, ESQ. for M.L. Stern & Co., Inc.  (cds) |
| 85/07/24 | | AMENDED CERT OF SERVICE  -- Kronfeld plaintiffs -- Attached to pldg #47  (cds) |
| 85/07/30 | | APPEARANCES: PETER C. HEIN, ESQ. for Salomon Brothers Inc; ROBERT M. GOLDFRIED, ESQ. for MuniciCorp of California; THOMAS A.ALLEN, ESQ. for Butcher & Singer, Inc., HAVEN C. ROOSEVELT, ESQ. for Mabon, Nugent & Co.; ANNE T. SCHWAB, ESQ. for The Bank of New York & Fahnestock & Co.; ROBERT M. AXELROD, ESQ. for Municipal Investment Services, Inc.; DONALD C. SHINE, ESQ. for Croake, Roberts, Inc.; GARY J. STRAUSS, ESQ. for William P. Harper and Sons and Co.; (paa) |
| 85/08/01 | 52 | MEMORANDUM -- Class Plaintiffs (re: pldg. No. 47) -- w/cert. of svc. (rh) |
| 85/08/01 | 53 | RESPONSE -- Deft. Hyun, Kowal & Co. -- w/cert. of svc. (rh) |
| 85/08/01 | 54 | RESPONSE -- Deft. Stephens, Inc. -- w/cert. of svc. (rh) |
| 85/08/02 | 55 | RESPONSE -- (to Pldg. #47) MERRELL LYNCH, PIERCE, FENNER & SMITH w/cert. of svc. (rew) |
| 85/08/02 | 56 | RESPONSE -- (to Pldg. #47) FIRST PENNSYLVANIA BANK, N.A. w/cert. of svc. (rew) |
| 85/08/02 | 57 | RESPONSE -- (to Pldg. #47) LEBENTHAL & CO., INC. w/cert. of svc. (rew) |
| 85/08/02 | 58 | RESPONSE -- (to Pldg. #47) INTERPACIFIC INVESTORS SERVICES, INC. w/cert. of svc. (rew) |
| 85/08/02 | 59 | RESPONSE -- (to Pldg. #47) HALPERT, OBERST &  CO., MUNICIPAL INVESTORS SERVICE, FIRST NATIONAL STATE BANK OF N.J., FLAGSHIP SECURITIES, INC., LISS TENNER & GOLDBERG, INC. MCDONALD & CO. SEC. INC., MID-STATE SEC., INC. AND R. W. PETERS, RICKEEL & CO., INC. w/cert. of svc. (rew) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **551** --

| Date | Ref. | Description |
|------|------|-------------|
| 85/08/02 | 60 | RESPONSE -- (to Pldg. #47) SOVRAN BANK, N.A. w/MEMORANDUM and w/cert. of svc. (rew) |
| 85/08/02 | 61 | RESPONSE -- (to Pldg. #47) WILLIAM P. HARPER & SONS & CO. w/cert. of svc. (rew) |
| 85/08/02 | 62 | RESPONSE -- (to Pldg. #47) BLANK, CONGER AND SENA, INC. w/cert. of svc. (rew) |
| 85/08/02 | 63 | RESPONSE -- (to Pldg. #47) MUNICICORP OF CALIF. w/cert of svc. (rew) |
| 85/08/02 | 64 | RESPONSE -- (to Pldg. #47) TRUST CO. OF AMERICA w/cert. of svc. (rew) |
| 85/08/02 | 65 | RESPONSE -- (to Pldg. #47) NCMB NATIONAL BANK OF FLORIDA AND GULFSTREAM FIRST BANK (Joining in First Boston Corp. Response) w/cert of svc. (rew) |
| 85/08/02 | 66 | RESPONSE -- (to Pldg. #47) FIRST MICHIGAN CORP. w/MEMORANDUM and cert of svc. (rew) |
| 85/08/02 | 67 | RESPONSE -- (to Pldg. #47) THE INLAND GROUP (Defendants in MDL-551) w/cert of svc. (rew) |
| 85/08/02 | 68 | RESPONSE -- (to Pldg. #47) CLAYTON BROWN & ASSOCIATES, INC. w/cert. of svc. (rew) |
| 85/08/02 | 69 | RESPONSE -- (to Pldg. #47) JOHN NUVEEN & CO., INC. w/cert. of svc. (rew) |
| 85/08/02 | 70 | RESPONSE -- (to Pldg. #47) DREXEL BURNHAM LAMBERT INC., E. F. HUTTON & CO, INC. w/cert. of svc. (rew) |
| 85/08/02 | 71 | RESPONSE -- (to Pldg. #47) TRAUB & CO, INC. w/BRIEF and cert. of svc. (rew) |
| 85/08/02 | 72 | RESPONSE -- (to Pldg. #47) DAVID LERNER ASSOCIATES, INC. w/cert. of svc. (rew) |
| 85/08/02 | 73 | RESPONSE -- (to Pldg. #47) BARTLETT & CO. w/MEMORANDUM and cert. of svc. (rew) |
| 85/08/02 | 74 | RESPONSE -- (to Pldg. #47) TUCKER ANTHONY & R. L. DAY, INC. w/cert. of svc. (rew) |

B.13

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 551 -- In re Washington Public Power Supply System Securities Litigation

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 85/08/02 | 75 | RESPONSE -- (to Pldg. #47) LEEDY, WHEELER AND ALLEMAN, INC. w/cert. of svc. (rew) |
| 85/08/02 | 76 | RESPONSE -- (to Pldg. #47) FOLGER NOLAN FLEMING DOUGLAS, INC.w  w/MEMORANDUM and cert. of svc. (rew) |
| 85/08/05 | 77 | RESPONSE -- Kahn & Co. -- w/cert. of svc. (rh) |
| 85/08/05 | 78 | RESPONSE -- First Miami Securities, Inc. --w/cert. of svc. (rh) |
| 85/08/05 | 79 | RESPONSE -- First Boston Corporation --  w Memorandum and cert. of svc. (rh)  w/ATTACHED NOTICES OF JOINDER IN OPPOSITION |
| 85/08/05 | 80 | RESPONSE -- Raymond, James & Associates, Inc. -- w/cert. of svc. (rh) |
| 85/08/05 | 81 | RESPONSE -- Summers & Co., Inc. -- w/cert. of svc. (rh) |
| 85/08/05 | 82 | RESPONSE -- American National of Bank of Austin --w/cert. of svc. (rh) |
| 85/08/05 | 83 | RESPONSE -- WASHINGTON PUBLIC UTILITIES GROUP (defts. in actions pending W.D.Wash) --(joining Pldg. No. 47 Motion to transfer Kronfeld actions) w/cert. of svc. (rew) |
| 85/08/05 | 84 | LETTER -- Washington Public Utilities Group (ref. Pldg. No. 47) dated July 31, 1985 --w/cert. of svc. (rh) |
| 85/08/05 | 85 | RESPONSE -- Rainier National Bank -- w/cert. of svc. (rh) |
| 85/08/05 | 86 | RESPONSE -- First National Bank of Louisville -- w/cert. of svc. (rh) |
| 85/08/05 | 87 | RESPONSE -- Piper, Jaffray & Hopwood Incorporated -- w/cert. of svc. (rh) |
| 85/08/05 | 88 | RESPONSE -- (Joining Pldg. No. 79) Moseley, Hallgarten, Estabrook & Weeden, Inc. -- w/cert. of svc. (rh) |

JPML FORM 1A

< .p. . i4

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 551 -- In re Washington Public Power Supply Systems Securites Litigation

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 85/08/05 | 89 | RESPONSE -- Prescott Ball & Turben, Inc. -- w/cert. of svc. (rh) |
| 85/08/05 | 90 | RESPONSE -- Columbia Defendants -- w/cert. of svc. (rh) |
| 85/08/05 | 91 | RESPONSE -- Goelzer & Comapny, Inc. -- w/cert. of svc. (rh) |
| 85/08/05 | 92 | RESPONSE/BRIEF -- Ellis, Holyoke and Kirkpatrick, Pettis, Smith, Polian, Inc. -- w/cert. of svc. (rh) |
| 85/08/06 | 93 | RESPONSE -- (Joining Pldg. No. 79) Butcher & Singer, Inc. -- w/cert. of svc. (rh) |
| 85/08/06 | 94 | RESPONSE (Joining Pldg. No. 79) Hill & Company -- w/cert. of svc. (rh) |
| 85/08/06 | 95 | RESPONSE -- Chemical Bank -- w/cert. of svc. (rh) |
| 85/08/06 | 96 | RESPONSE -- Croake Roberts, Inc. -- w/cert. of svc. (rh) |
| 85/08/06 | 97 | RESPONSE -- (Joining Pldg. No. 76) Ferris Company, Incorporated -- w/cert. of svc. (rh) |
| 85/08/06 | | APPEARANCES: GARY J. STRAUSS, ESQ. FOR William P. Harper and Sons and Co.;  JERRY W. SLATER, ESQ. FOR William E. Pollock, Inc.;  KEVIN E. WHITE, ESQ. FOR Wayne Hummer & Co.;  THOMAS A. CONNIFF, ESQ. FOR Stoever, Glass & Co.;  ALVIN B. DAVIS, ESQ. FOR Southeast Bank Brokerage Sec., Inc.; SANFORD S. ASHER, ESQ. FOR Samuel A. Ramirez & Co., Inc.;  DONALD H. MULLINS, ESQ. FOR Rainer National Bank; ALLAN R. FREEDMAN, ESQ. FOR Prescott Ball & Turben, Inc.;  ROBERT M. GOLDFRIED, ESQ. FOR MuniciCorp of California;  E. MICHAEL BRADLEY, ESQ. FOR Moseley, Hallgarten, Estabrook & Weeden Inc.;  BERNARD M. ALTHOFF, ESQ. FOR Matthews & Wright, Inc.;  PHILIP A. WHISTLER, ESQ. FOR Goelzer & Co., Inc.;  MURRY D. BROCHIN, ESQ. FOR J.B. Hanauer & Co. and Gibraltar Securities;  DAVID C. POLLACK, ESQ. FOR First Miami Securities, Inc.;  THEODORE W. URBAN, ESQ. FOR Ferris & Co., Inc.;  DAVID T. HARVIN, ESQ. FOR First City National Bank of Houston;  PAUL J. CAMILLERI, ESQ. FOR Donaldson, Lufkin & Jenrette Sec. Corp.;  KEITH F. BODE, ESQ. For Clayton Brown & Associates, Inc. and John Nuveen & Co., Inc.;  DONALD C. SHINE, ESQ. FOR Croake, Roberts, Inc.;  THOMAS A. ALLEN, ESQ. FOR Butcher & Singer, Inc.; JAMES J. HAGAN, ESQ. FOR PaineWebber Inc., Blyth Eastman Pain WebberInc. Rotan Mosle Inc.;  CLARENCE L. POZZA, ESQ. FOR First of Michigan; WILLIAM M. PARRISH, ESQ. FOR Kahn & Co.;  MATHEW E. HOFFMAN, ESQ. FOR First Interregional Equity Corp.;  ROY L. REGOZIN, ESQ. FOR Drexel Burnham Lambert Inc. and E.F. Hutton & Co.(cds) |

JPML FORM 1A                                          15

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 551 -- In re Washington Public Power Supply Systems Securities
                  Litigation

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 85/08/08 | 98 | REQUEST FOR EXTENSION OF TIME FOR FILING REPLY -- Pltf. Arthur I. Kronfeld, et al. -- GRANTED TO AND INCLUDING AUGUST 16, 1985 (rh) |
| 85/08/12 | 99 | RESPONSE -- First City National Bank of Houston -- w/cert. of svc. (rh) |
| 85/08/12 | | APPEARANCE: PHILIP C. POTTER, JR., ESQ. for Smith Barney, Harris Upham & Co., Incorp. (rh) |
| 85/08/15 | 100 | RESPONSE -- Southeast Bank Brokerage Securities -- cert. of svc. (rh) |
| 85/08/15 | 101 | PERMISSION TO FILE A REPLY BRIEF OF 30 PAGES -- Pltf. Arthur I. Kronfeld, et al. -- GRANTED (rh) |
| 85/08/16 | 102 | REPLY -- pltf. Arthur I. Kronfeld, et al. -- w/cert. of svc. (rh) |
| 85/08/16 | | HEARING ORDER -- Setting motion for transfer for Panel hearing on September 19, 1985 in Indianapolis, Indiana (rh) |
| 85/08/19 | | APPEARANCES: JOHN W. HATHAWAY, ESQ. for Campbell Waterman, Inc., Glenn E. Hinton Investments, Inc., National Securities Corp., Martin Nelson Securities and JOYCE L. KRAMER, ESQ. For Oppenheimer & Co., Inc. (rh) |
| 85/08/21 | | APPEARANCES: MARC S. DREIER, ESQ. for A.G. Edwards & Sons, Inc. Richard E. Lewis, Esq. for Bozarth & Turner Securities, Inc. (rh) |
| 85/08/22 | | APPEARANCE: C. CARLETON FREDERICI, ESQ. for Alan Bush Brokerage Company (rh) |
| 85/08/22 | 103 | RESPONSE -- (Joining Pldg. No. 78) Alan Bush Brokerage Company -- w/cert. of svc. (rh) |
| 85/08/26 | 104 | NOTICE OF RELATED ACTION -- Arthur Sonnenberg v. Drexel Burnham Lambert, Inc., et al., D. New Jersey, C.A. No. 85-3885 -- letter signed by Roy L. Regozin (counsel for Drexel Burnham Lambert, Inc.) -- dated 8/21/85. (ds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 551 -- In re Washington Public Power Supply Systems Securities Lit.

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 85/08/28 | | APPEARANCE -- THOMAS M. KITTREDGE, ESQ. for Janney Montgomery Scott, Inc.  (ds) |
| 85/09/06 | 105 | JOINDER (to pldg. #55) -- Defts. Paine Webber, Inc., Blyth Eastman Paine Webber, Inc. and Rotan Mosle, Inc. w/cert. of svc.  (ds) |
| 85/09/06 | 106 | JOINDER (to pldg. #80) -- Deft. Halliburton & Associates, Inc. w/cert. of svc.  (ds) |
| 85/09/06 | 107 | LETTER -- The First Boston Corp. and Goldman, Sachs & Co. w/enclosures (Memorandum and Notice of Motion) and cert. of svc.  (ds) |
| 85/09/16 | | APPEARANCE -- MARK R. PATTERSON, ESQ. for Tauscher & Associates (ds) |
| 85/09/18 | | Hearing Appearances:  HERBERT MILSTEIN, ESQ. for Kronfeld, et al.; RICHARD CIRILLO, ESQ. for Merrill Lynch, Pierce, Fenner & Smith, Inc.;  ROY L. REGOZIN, ESQ. for Drexel Burnham Lambert, Inc. and E.F. Hutton;  ROBINSON LACY, ESQ. for First Boston Corp.; JUDITH ROGOSHESKE, ESQ. for Piper, Jaffray & Hopwood, Inc., etc.; JOHN A. PRICE, ESQ. FOR Mercantile Nat'l Bank and Dallas and American National Bank of Austin;  JEFFREY B. MALETTA, ESQ. FOR Folger Nolan Fleming Douglas, Inc., Ferris & Co., Riviere Sec. Corp. and Lang & Co.;  JOHN KIEFNER, JR., ESQ. for Raymond James & Associates, Inc., et al.;  MARK M. HOUGH, ESQ. FOR Rainier Nat'l Bank;  ALLAN FREEDMAN, ESQ. FOR Prescott Ball & Turben, Inc.;  WILLIAM PARRISH, ESQ. FOR Kahn & Co.;  ROBERT T. WILDMAN, ESQ. for Traub & Co., Inc.;  RICHARD J. WERTHEIMER, ESQ. for Sovran Bank, N.A.;  JONATHAN D. GOLDBERG, ESQ. for First Nat'l Bank of Louisville;  PHILIP WHISTLER, ESQ. for Goelzer & Co., Inc.  (cds) |
| 85/09/18 | | WAIVERS OF ORAL ARGUMENT:  Hyun, Kowal and Co.; Blachly-Lane County Cooperative Electric Assn., et al. and individuals; First of Michigan Corp.; Clayton Brown & Associates, Inc. and John Nuveene & Co., Inc.;  Hill & Co.;  Stoever, Glass & Co., Inc.; David Lerner Associates, Inc.;  Mabon, Nugent & Co.;  Inland Group;  Southeast Bank Brokerage Sec., Inc.; Black and Clark Sec.;  Rauscher Pierce Refsnes, Inc.; Ellis, Holyoke and Kirkpatrick, Pettis, etc.; Marshall & Meyer, Inc.; L.F. Rothschild, Utterberg, Towbin;  Trust Co. of America; Moseley, Hallgarten, Estabrook & Weeden, Inc.; Interpacific Investors Service, Inc., Carl J. Parker & Associates, Ronald E. Catton, Inc.;  J.B. Hanauer & Co., Gibraltar Securities Co.; Herzfeld & Stern Inc.;  Puget Sound Nat'l Bank; The Snohomish Group; Blank Conger & Sena, Gradison & Co.; Butcher & Singer, Inc.; Alan Bush Brokerage Co.; First Pennsylvania Bank N.A.; McLaughlin, Piven, Vogel Inc.; S.D. Cohn Co. and Unified Sec. Corp.;  NCNB National Bank of Florida, etc.; First Interregional Equity Corp.; Croake Roberts, Inc.; Flagship Securities, etc.  (CONTINUED ON PAGE 17) |

JPML FORM 1A                                                          p. 17.

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 551 -- In re Washington Public Power Supply Systems Securities Lit.

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 85/09/18 | | WAIVERS OF ORAL ARGUMENT (continued) Legg Mason Word Walker, Inc.; Pub. Utility Dist. #1 of Benton County etc.; Blyth Eastman Paine Webber, Inc., etc.; Riviere Securities Corp.; Walsh Greenwood & Co.; Ernst & Co.; William E. Pollock & Co., Inc.; Stephens, Inc.; Bozarth & Turner Sec., Inc.; Josephthal & Co., Inc.; City of Bandon, etc. (cds) |
| 85/09/26 | | APPEARANCE -- KATHLEEN M. RICHARDS, ESQ. for Mesirow & Co., Inc. (ds) |
| 85/09/27 | | ORDER DENYING TRANSFER -- of (D-29 - D-50) pursuant to 28 U.S.C. §1407 -- NOTIFIED involved counsel, judges and clerks (rh) |
| 85/12/04 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- E-51 Joe Allen Baker v. Merrill, Lynch, Pierce, Fenner & Smith, etc., et al., S.D. Florida, C.A. No. 85-8343-CIV-Paine -- Notified involved counsel and judges. (ds) |
| 85/12/20 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- E-52 Elmer B. Hodges v. Washington Public Power Supply System, et al., W.D. Missouri, C.A. No. 85-1437-CV-W-8 -- Notified involved counsel and judges (rh) |
| 85/12/20 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- E-51 Joe Allen Baker v. Merrill, Lynch, Pierce, Fenner & Smith, A Foreign Corp., et al., S.D. Florida, C.A. No. 85-8343-CIV-Paine. Notified clerks and judges. (paa) |
| 86/01/02 | 108 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (E-52) Elmer B. Hodges v. WPPSS, et al., W.D.Mo., C.A. No. 85-1437-CV-W-8 -- pltf. Elmer B. Hodges -- NOTIFIED INVOLVED JUDGES AND COUNSEL (cds) |
| 86/01/08 | 109 | LETTER BY PANEL TO COUNSEL, INDICATING THAT NOTICE OF OPPOSITION OF ELMER B. HODGES (pldg. #108) WILL BE ACCEPTED AS MOTION TO VACATE CONDITIONAL TRANSFER ORDER -- fifteen day response period begins today -- served counsel with notice of oppositon and copy of Panel Attorney Service List (cds) |
| 86/01/16 | 110 | MOTION TO VACATE CONDITIONAL TRANSFER ORDER, BRIEF -- (E-52 Hodges v. WPPSS, et al., W.D.Mo., #85-1437-CV-W-8) -- pltf. Elmer B. Hodges -- w/cert. of service (cds) |
| 86/01/23 | 111 | RESPONSE -- (to pldg. #110) Washington Public Power Supply System -- w/cert. of svc. (rh) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 551 -- **In re Washington Public Power Supply Systems Securities Lit.**

| DATE | NO. | Pleading Description |
|------|-----|----------------------|
| 86/01/24 | 112 | RESPONSE -- (to pldg. #110) 36 Defendants named in E-52 Elmer B. Hodges action w/exhibits and cert. of svc. (tmq) |
| 86/01/24 | 113 | RESPONSE -- (to pldg. #110) Small Utilities Group w/exhibit A and cert. of svc. (tmq) |
| 86/01/28 | 114 | RESPONSE (to pldg. #110) -- Inland Utilities -- w/cert. of service (cds) |
| ~~86/01/28~~ | ~~114~~ | ~~RESPONSE (to pldg. #110) -- Inland Utilities -- w/cert. of service (cds)~~ |
| 86/01/28 | | APPEARANCE:  GREGORY E. KELLER, ESQ. for Big Bend Electric Cooperative and Lincoln Electric Cooperative (cds) |
| 86/02/20 | | HEARING ORDER -- Setting opposition to transfer of E-52 Hodges v. Washington Public Power Supply System, et al. for Panel Hearing in San Francisco, Calif. on March 27, 1986(rh) |
| ~~86/03/13~~ 86/03/13 | | CONDITIONAL TRANSFER ORDER FILED TODAY --- E-53  Bernard Chiert v. Washington Public Power Supply Systems, et al., E.D. New York, C.A. No. CV-85-4590 -- Notified involved counsel and judges. (tmq) |
| 86/03/14 | 115 | SUPPLEMENTAL RESPONSE -- UTILITY DEFENDANTS -- w/Exhibit A and certificate of service.  (paa) |
| 86/03/25 | 116 | RESPONSE -- (to pldg. #110) -- Inland Utilities -- w/Attachments and certificate of service  (paa) |
| 86/03/26 | | APPEARANCES FOR HEARING -- San Francisco, California on March 27, 1986 -- Elmer B. Hodges, plaintiff for Elmer B. Hodges; Hugo Oswald for City of Ellensburg, Washington Public Utility District. |
| 86/03/26 | | ORAL ARGUMENT ON MARCH 27, 1986 -- San Francisco, California David F. Jurca for eighteen defendants in tag-along action -- nothing on file;Pauline O. Fox for seven defendants in tag-along action; John D. Lowery for 24 defendants in tag-along action;David J. Lenci Esq. for Washington Public Power Supply System. |
| 86/03/26 | | WAIVERS FOR ORAL ARGUMENT ON MARCH 27, 1986 --  San Francisco, California Hugo Oswald for City of Ellensburg;Dwight A. Halstead, Esq. ~~for~~; Edward O'Connor for Orcas Power & Light Company; Roy Moreci  for R.W. Beck & Association; Jack H. Madison; Camden M. Hall Esq. for The City of Seattle; R. Erick Johnson, Esq. for City of Mc-Minnville et al.,; Gregory E. Keller for Big Bent Electrict Coopera-tive, Inc. et al.; Peter R. Mersereau for City of Springfield et al. |

(continued)

p. 19

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 551 -- IN RE WASHINGTON PUBLIC POWER SUPPLY SYSTEMS SECURITIES LIT.

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 86/03/26 | | Central Lincoln People's Utility District et al.;  James J. Hagan for Blyth Eastman Paine Webber, Inc. |
| 86/03/31 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- E-53 Bernard Chiert v. Washington Public Power Supply Systems, et al., E.D. New York, C.A. No. CV-85-4590 -- Notified involved judges and clerks (tmq) |
| 86/04/10 | | TRANSFER ORDER -- E-52 Elmer B. Hodges v. Washington Public Power Supply Systems, et al., W.D. Missouri, C.A. No. 85-1437-CV-W-6 (transferred to W.D. Washington) -- Notified involved counsel, judges and clerks (rh) |
| 86/07/21 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- F-54 Edward Gaugler, et al. v. Merrill Lynch, Pierce, Fenner and Smith, Inc., et al., D. New Jersey, C.A. No. 85-5326 -- Notified involved counsel and judges (rh) |
| 86/08/06 | | CONDITIONAL TRANSFER ORDER FINAL TODAY F-54 -- Edward Gaugler, et al. v. Merrill Lynch, Pierce, Fenner and Smith, Inc., et al., D. New Jersey, C.A. No. 85-5326 -- Notified involved counsel and clerks. (tmq) |
| 87/09/01 | 117 | MOTION/BRIEF TO REMAND -- Filed by pltf. in E-51 Joe Allen Baker v. Merrill, Lynch, Pierce, Fenner & Smith, et al., W.D. Washington, C.A. No. C86-003 (S.D. Florida, C.A. No. 85-8343-CIV-PAINE) -- w/Stipulation and Order of Voluntary Dismissal and cert. of svc. (rh) |
| 87/09/17 | 118 | RESPONSE (to pldg. #117) -- Defendants Merrill Lynch, Pierce, Fenner and Smith, Inc., Robert Perrin and Linton Murdock -- W/Brief and certificate of service -- (paa) |
| 87/10/13 | | HEARING ORDER -- setting motion to remand E-51 Joe Allen Baker v. Merrill, Lynch, Pierce, Fenner & Smith, et al., W.D. Wash., C.A. No. C86-003 (S.D. Fla., #85-8343-Civ-Paine) for Panel hearing in Dallas, Texas on November 18, 1987 (cds) |
| 87/10/15 | | CORRECTION ORDER -- Correcting Hearing Orer to reflect correct date of Nov. 18, 1987, Dallas, Texas. (rew) |

P.20

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 551 --

| DATE | PL. NO. | PLEADING DESCRIPTION |
|------|---------|----------------------|
| 87/11/17 | | WAIVERS OF ORAL ARGUMENT:  (For Hearing on 11/18/87 in Dallas, Texas) -- ALL WAIVED (rh) |
| 87/11/24 | | ORDER DENYING REMAND -- E-51 Joe Allen Baker v. Merrill Lynch, Pierce, Fenner & Smith, et al., W.D. Washington, C.A. No. C86-003 (S.D. Florida, C.A. No. 85-8343-CIV-PAINE) -- Notified involved counsel, misc. recipients, clerks and judges. (tmq) |
| 89/04/27 | 119 | SUGGESTION FOR REMAND -- of C-26 Glenning v. Sheldon, et al. to the Southern District of Texas -- signed by Judge Browning, dtd. 4/21/89 (ds) |
| 89/04/27 | | CONDITIONAL REMAND ORDER FILED TODAY -- C-26 Donald J. Glenning v. Donald Sheldon & Co., et al., W.D. Washington, C.A. No. 84-1329 (S.D. Texas, C.A. No. 83-467) -- Notified involved counsel and judge  (ds) |
| 89/05/15 | | CONDITIONAL REMAND ORDER FINAL TODAY -- C-26 Donald J. Glenning v. Donald Sheldon & Co., et al., W.D. Wash., C.A. No. 84-1329 (S.D. Texas, C.A. No. 83-467) -- Notified involved judge and clerks  (cds) |
| 89/12/14 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- G-55 Illinois Employers Insurance of Wausau v. Public Utility District No. 1 of Cowlitz County, N.D. California, C.A. No. C89-4243-WHO -- Notified involved judges and counsel  (cds) |
| 90/01/02 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- G-55 Illinois Employers Insurance of Wausau v. Public Utility District No. 1 of Cowlitz County, N.D. California, C.A. No. C89-4243-WHO -- Notified involved judges and clerks (rh) |
| 90/10/23 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- (G-56) Illinois Employers Insurance of Wausau v. Public Utility District No. 2 of Grant County, N.D. California, C.A. No. C-90-2805 FMS -- Notified involved judges and counsel  (sg) |
| 90/11/08 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- (G-56) Illinois Employers Insurance of Wausau v. Public Utility District No. 2 of Grant County, N.D. California, C.A. No. C-90-2805 FMS -- Notified involved clerks and judges  (sg) |

*P·21*

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 551 -- _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 91/01/29 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- G-57 Public Utility District No. 2 of Grant County v. Illinois Employers Insurance of Wausau, E.D. Washington, C.A. No. CS-91-010-JLQ -- Notified involved counsel and judges (ds) |
| 91/02/14 | 120 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by pltf. in G-57 Public Utility District No. 2 of Grant County v. Illinois Employers Insurance of Wausau, E.D. Washington, C.A. No. CS-91-010-JLQ -- w/cert. of svc. -- Notified involved counsel and judges (sg) |
| 91/03/01 | 121 | MOTION, BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by pltf. in G-57 Public Utility District No. 2 of Grant County v. Illinois Employers Insurance of Wausau, E.D. Washington, C.A. No. CS-91-010-JLQ -- w/February 27 Declaration in Support of Motion to Vacate; Exhibits A-H and cert. of svc. (received 2/28/91) (rh) |
| 91/03/22 | 122 | RESPONSE/BRIEF (to pldg. #121) -- Illinois Employers Insurance of Wausau w/exhibits 1 thru 3 and cert. of svc. (ds) |
| 91/03/26 | 123 | REPLY BRIEF -- filed by pltf. Public Utility District No. 2 of Grant County w/cert. of svc. (ds) |
| 91/04/16 | | HEARING ORDER -- setting opposition of pltf. Public Utility District No. 2 of Grant County to transfer for Panel hearing in New York, N.Y., on May 31, 1991 (ds) |
| 91/05/29 | | HEARING APPEARANCES -- for hearing on 5/31/91, New York, New York -- BENNET A. MCCONAUGHY, ESQ. for Public Utility District No. 2 of Grant County and DALE E. FREDERICKS, ESQ. for Illinois Employers Insurance of Wausau (ds) |
| 91/05/29 | | WAIVERS OF ORAL ARGUMENT -- Washington Public Utilities Group and Chemical Bank (ds) |
| 91/06/06 | | TRANSFER ORDER -- G-57 Public Utility District No. 2 of Grant County v. Illinois Employers Insurance of Wausau, E.D. Washington, C.A. No. CS-91-010-JLQ (Transferred to the Western District of Washington) -- Notified involved counsel, judges, panel judges and clerks (rh) |

p. 22

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 551 -- _____

| Date | Pleading Description |
|------|----------------------|

| Date | | Pleading Description |
|------|---|----------------------|
| 91/09/27 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- H-58 Federated Rural Electric Insurance Corporation v. Salmon River Electric Cooperative, D. Kansas, C.A. No. 91-4088-R; H-59 Federated Rural Electric Insurance Corporation v. Lincoln Electric Cooperative, Inc., D. Kansas, C.A. No. 91-4097-R; H-60 Federated Rural Electric Insurance Corporation v. Tanner Electric Cooperative, D. Kansas, C.A. No. 91-4095-R -- Notified involved counsel and judges  (sg) |
| 91/10/15 | 124 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDERS -- Filed by pltf. in H-58 Federated Rural Electric Insurance Corporation v. Salmon River Electric Cooperative, D. Kansas, C.A. No. 91-4088-R; H-59 Federated Rural Electric Insurance Corporation v. Tanner Electric Cooperative, D. Kansas, C.A. No. 91-4095-R and H-60 Federal Rural Electric Insurance Corporation v. Lincoln Electric Cooperative, Inc., D. Kansas, C.A. No. 91-4097-R -- Notified involved counsel and judges (rh) |
| 91/10/24 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- (H-61) Federated Rural Electric Insurance Corp. v. Rural Electric Co., D. Kan., C.A. No. 91-4085-S;  (H-62) Federated Rural Electric Insurance Corp. v. Ohop Mutual Light Co., D. Kan., C.A. No. 91-4096-R; (H-63) Federated Rural Electric Insurance Corp. v. Okanogan County Electric Co-op., Inc., D. Kan., C.A. No. 91-4094-R;  (H-64)  Federated Electric Insurance Corp. v. Prairie Power Co-op., D. Kan., C.A. No. 91-4087-S; (H-65) Federated Rural Electric Insurance Corp. v. Nespelem Valley Electric Co-op., Inc., D. Kan., C.A. 91-4093-R;  (H-66) Federated Rural Electric Insurance Corp. v. Kootenai Electric Co-op., D. Kan., C.A. No. 91-4083-R;  (H-67) Federated Rural Electric Insurance Corp. v. Fall River Rural Electric Co-op., D. Kan., C.A. No. 91-4084-S; (H-68) Federated Rural Electric Corp. v. Lost River Electric Co-op., D. Kan., C.A. No. 91-4086-R;  (H-69) Federated Rural Electric Insurance Corporation v. Midstate Electric Co-op., Inc., D. Kan., C.A. No.91-4089;  (H-70) Federated Rural Electric Insurance Corp. v. Douglas Electric Co-op., Inc., D. Kan., C.A. No. 91-4090-S;  (H-71) Federated Rural Electric Insurance Corp. v. Hood River Electric Co-op., D. Kan., C.A. 91-4091-R; (H-72) Federated Rural Electric Insurance Corp. v. Lane Electric Co-op., Inc., D. Kan., C.A. No. 91-4092-S;  (H-73) Federated Rural Electric Insurance Corp. v. Inland Power & Light Co., D. Kan., C.A. 91-4098-S; (H-74) Douglas Electric Co-op., Inc., et al., v. Federated Rural Electric Insurance Corp., D. Ore., C.A. No. 91-6189-HO -- Notified involved counsel and judges. (kac) |

. P23

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 551 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 91/10/24 | 125 | REQUEST FOR EXTENSION OF TIME TO FILE MOTION/BRIEF TO VACATE CTO -- Filed by plft. Federated Rural Electric Insurance Corporation -- GRANTED AN EXTENSION OF TIME TO AND INCLUDING NOVEMBER 14, 1991 FOR FILING OF MOTION TO VACATE THREE CTO'S (sg) |
| 91/10/30 | 126 | LETTER -- (Response to pldg. #125) Signed by Gregory E. Keller counsel for Salmon River Electric Cooperative; Tanner Electric Cooperative and Lincoln Electric Cooperative (dated 10/28/91) -- w/cert. of svc. (received 10/29/91) (rh) |
| 91/11/07 | 127 | NOTICE OF OPPOSITION -- Pltf./Deft. Federated Rural Electric -- (H-61) Federated Rural Electric Insurance Corp. v. Rural Electric Co., D. Kan., C.A. No. 91-4085-S; (H-62) Federated Rural Electric Insurance Corp. v. Ohop Mutual Light Co., D. Kan., C.A. No. 91-4096-R; (H-63) Federated Rural Electric Insurance Corp. v. Okanogan County Electric Co-op., Inc., D. Kan., C.A. No. 91-4094-S; (H-64) Federated Electric Insurance Corp. v. Prairie Power Co-op., D. Kan., C.A. No. 91-4087-S; (H-65) Federated Rural Electric Insurance Corp. v. Nespelem Valley Electric Co-op., Inc., D. Kan., C.A. 91-4093-R; (H-66) Federated Rural Electric Insurance Corp. v. Kootenai Electric Co-op., D. Kan., C.A. No. 91-4083-R; (H-67) Federated Rural Electric Insurance Corp. v. Fall River Rural Electric Co-op., D. Kan., C.A. No. 91-4084-S; (H-68) Federated Rural Electric Corp. v. Lost River Electric Co-op., D. Kan., C.A. No. 91-4086-R; (H-69) Federated Rural Electric Insurance Corporation v. Midstate Electric Co-op., Inc., D. Kan., C.A. No.91-4089; (H-70) Federated Rural Electric Insurance Corp. v. Douglas Electric Co-op., Inc., D. Kan., C.A. No. 91-4090-S; (H-71) Federated Rural Electric Insurance Corp. v. Hood River Electric Co-op., D. Kan., C.A. 91-4091-R; (H-72) Federated Rural Electric Insurance Corp. v. Lane Electric Co-op., Inc., D. Kan., C.A. No. 91-4092-S; (H-73) Federated Rural Electric Insurance Corp. v. Inland Power & Light Co., D. Kan., C.A. 91-4098-S; (H-74) Douglas Electric Co-op., Inc., et al., v. Federated Rural Electric Insurance Corp., D. Ore., C.A. No. 91-6189-HO -- Notified involved counsel and judges. (kac) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 551 --  _____

| Date | No. | Pleading Description |
|------|-----|----------------------|
| 91/11/14 | 128 | MOTION/BRIEF TO VACATE CTO - Filed by plfts. Federated Rural Electric Insurance Corporation in H-58 thru H-74 (See Attached Schedule of Actions) -- w/cert. of svc.  (sg) |

*Federated Rural Electric Insurance Corporation v. Salmon River Electric Cooperative,* D. Kansas, C.A. No. 91-4088-R (J. Rogers)

*Federated Rural Electric Insurance Corporation v. Tanner Electric Cooperative,* D. Kansas, C.A. No. 91-4095-R (J. Rogers)

*Federated Rural Electric Insurance Corporation v. Lincoln Electric Cooperative, Inc.,* D. Kansas, C.A. No. 91-4097-R (J. Rogers)

Federated Rural Electric Insurance Corporation v. Kootenai Electric Cooperative, Case No. 91-4083-R;

Federated Rural Electric Insurance Corporation v. Fall River Rural Electric Cooperative, Case No. 91-4084-R;

Federated Rural Electric Insurance Corporation v. Rural Electric Company, Case No. 91-4085-R;

Federated Rural Electric Insurance Corporation v. Lost River Electric Cooperative, Case No. 91-4086-R;

Federated Rural Electric Insurance Corporation v. Prairie Power Cooperative, Case No. 91-4087-R;

Federated Rural Electric Insurance Corporation v. Salmon River Electric Cooperative, Case No. 91-4088-R;

Federated Rural Electric Insurance Corporation v. Midstate Electric Cooperative, Inc., Case No. 91-4089-R;

Federated Rural Electric Insurance Corporation v. Douglas Electric Cooperative, Inc., Case No. 91-4090-R;

Federated Rural Electric Insurance Corporation v. Hood River Electric Cooperative, Case No. 91-4091-R;

Federated Rural Electric Insurance Corporation v. Lane Electric Cooperative, Case No. 91-4092-R;

Federated Rural Electric Insurance Corporation v. Nespelem Valley Electric Cooperative, Inc., Case No. 91-4093-R;

Federated Rural Electric Insurance Corporation v. Okanogan County Electric Cooperative, Inc., Case No. 91-4094-R;

Federated Rural Electric Insurance Corporation v. Tanner Electric Cooperative, Case No. 91-4095-R;

Federated Rural Electric Insurance Corporation v. Ohop Mutual Light Company, Case No. 91-4096-R;

Federated Rural Electric Insurance Corporation v. Lincoln Electric Cooperative, Case No. 91-4097-R;

Federated Rural Electric Insurance Corporation v. Inland Power & Light Company, Case No. 91-4098-R.

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **551** -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 91/12/04 | 129 | RESPONSE -- (to pldg #128) filed by defts. Kootenai Electric Cooperative, Fall River Rural Electric Cooperative, Lost River Electric Cooperative, Inc., Midstate Electric Cooperative, Inc., Douglas Electric Cooperative, Inc. Hood River Electric Cooperative, Lane Electric Cooperative, Inc. and Inland Power and Light, Co. -- w/Exhibits A through H, Affidavit of David F. Jurca and cert. of svc. (kac) |
| 91/12/04 | 130 | RESPONSE -- (to pldg #128) filed by defts. (H-58) Salmon River Electric, (H-59) Lincoln Electric, and (H-60) Tanner Electric -- w/Exhibit 1 and cert. of svc. (kac) |
| 91/12/05 | 131 | LETTER -- signed by David F. Jurca for defts. Kootenai Electric Cooperative, Fall River Rural Electric Cooperative, Lost River Electric Cooperative, Inc., Midstate Electric Cooperative, Inc., Douglas Electric Cooperative, Inc. Hood River Electric Cooperative, Lane Electric Cooperative, Inc. and Inland Power and Light, Co. -- with supplemental affidavit and cert. of svc. (kac) |
| 91/12/05 | 132 | RESPONSE -- (to pldg #128) filed by defts. (H-65) Nespelem Valley Electric Cooperative, Inc., (H-62) Ohop Mutual Light Co., (H-63) Okanogan County Electric Cooperative, Inc., (H-64) Prairie Power Cooperative, (H-61) Rural Electric Co. -- with revised cert. of svc. (kac) |
| 91/12/11 | 133 | REPLY BRIEF - filed by pltfs. Federated Rural Electric Insurance Corporation with cert. of svc. (kac) |
| 91/12/19 | | HEARING ORDER -- Setting Opposition of pltf. **Federated Rural Electric Insurance Corporation** in H-58 thru H-74 to transfer for Panel Hearing in Phoenix, Arizona on January 31, 1992 -- Notified involved counsel, judges and clerks (rh) |
| 92/01/22 | 134 | RESPONSE (Affidavit of Andrew J. Kinstler) (to pldg. #128) -- filed by eight defts. H-66 Kootenai, H-67 Fall River, H-68 Lost River, H-69 Midstate, H-70 Douglas, H-71 Hood River, H-72 Lane Electric, H-73 Inland Power (6 of these defts. are pltfs in H-74) -- w/Attachment and cert. of service (cdm) |

JPML FORM 1A                                                                  P 26

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _____ -- _____

| Date | of. | Pleading Description |
|------|-----|----------------------|
| 92/01/31 | | HEARING APPEARANCES -- (**For Hearing on 1/31/92 in Phoenix, AZ**) DALE E. FREDERICKS, ESQ. for Federated Rural Electric Insurance Corp.; GREGORY E. KELLER, ESQ. for Salmon Riber Electric Cooperative; Lincoln Electric Cooperative and Tanner Electric Cooperative;  ANDREW J. KINSTLER, ESQ. for Douglas Electric Cooperative, Inc., et al.; JOHN D. LOWERY, ESQ. for Prairie Power Cooperative, et al. (rh) |
| 92/01/31 | | WAIVER OF ORAL ARGUMENT -- (**For Hearing on 1/31/92 in Phoenix, AZ**) Chemical Bank (rh) |
| 92/02/11 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- (H-58) Federated Rural Electric Insurance Corporation, C.A. No. 91-4088-R; (H-59) Federated Rural Electric Insurance Corporation, C.A. No. 91-4095-R; (H-60) Federated Rural Electric Insurance Corporation, C.A. No. 91-4097-R; (H-61) Federated Rural Electric Insurance Corporation, C.A. No. 91-4085-S; (H-62) Federated Rural Electric Insurance Corporation, C.A. No. 91-4096-R; (H-63) Federated Rural Electric Insurance Corporation, C.A. No. 91-4094-S; (H-64) Federated Rural Electric Insurance Corporation, C.A. No. 91-4087-S; (H-65) Federated Rural Electric Insurance Corporation, C.A. No. 91-4093-R; (H-66) Federated Rural Electric Insurance Corporation, C.A. No. 91-4083-R; (H-67) Federated Rural Electric Insurance Corporation, C.A. No. 91-4084-S; (H-68) Federated Rural Electric Insurance Corporation, C.A. No. 91-4086-R; (H-69) Federated Rural Electric Insurance Corporation, C.A. No. 91-4089-S; (H-70) Federated Rural Electric Insurance Corporation, C.A. No. 91-4090-S; (H-71) Federated Rural Electric Insurance Corporation, C.A. No. 91-4091-R; (H-72) Federated Rural Electric Insurance Corporation, C.A. No. 91-4092-S; (H-73) Federated Rural Electric Insurance Corporation, C.A. No. 91-4098-S; (H-74) Douglas Electric Cooperative, Inc., et al., C.A. No. 91-6189-HO -- Notified involved counsel, judges and clerks (kac) |

JPML Form 1
 Revised: 8/78

DOCKET NO. 551 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE WASHINGTON PUBLIC POWER SUPPLY SYSTEM SECURITIES LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| July 28, 1983 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 8/5/83 | TO | 558 F. Supp. 1252 | W.D. Wash. 981 | ~~Richard M. Bilby~~ William D. Browning | ~~D. Arizona~~ D. Arizona 9/78 9/78 |

### Special Transferee Information

DATE CLOSED: 9-5-87

Reassignment order filed 1/30/85

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 551 -- In re Washington Public Power Supply System Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | David Gold v. R.W. Beck & Assoc., et al. | W.D.Wash. Browning | C83-232 | | | 1/27/87 D | |
| A-2 | Rosalyn Mirotznik v. Washington Public Power Supply System, et al. | W.D.Wash. Browning | C83-295 | | | | |
| A-3 | Morris Massry v. Washington Public Power Supply System, et al. | W.D.Wash. Browning | C83-296 | | | | |
| A-4 | Moise Katz v. Public Utility District No. 1 of Benton County, et al. | W.D.Wash. Browning | C83-298 | | | 9/7/83 D | |
| A-5 | Paul J. Bonseigneur v. Public Utility District No. 1 of Benton County, et al. | W.D.Wash. Browning | C83-299 | | | | |
| A-6 | Dr. Joseph Harris v. Blyth Eastman Paine Webber, Inc., et al. | W.D.Wash. Browning | C83-300 | | | | |
| A-7 | Henry Puchall, etc. v. Wash. Public Power Supply System, et al. | W.D.Wash. Browning | C83-305 | | | | |
| A-8 | Dr. Howard Sheldon, etc. v. Blyth Eastman Paine Webber, Inc., et al. | W.D.Wash. Browning | C83-307 | | | | |
| A-9 | Jack Schroeder v. Wash. Public Power Supply System, et al. | W.D.Wash. Browning | C83-359 | | | | |
| A-10 | Leonard Laub v. Wood & Dawson, et al. | W.D.Wash. Browning | C83-370 | | | | |

DOCKET NO. 551 --

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-11 | Moise Katz v. R.W. Beck & Assoc., et al. | S.D.N.Y. | 83 Civ 1715 | 8/5/83 | C83-1110 | 9/17/83 D | |
| A-12 | Paul J. Bonseigneur v. R.W. Beck & Assoc., et al. | S.D.N.Y. | 83 Civ 1756 | 8/5/83 | C83-1111 | 9/89 D | |
| A-13 | Louis Brazen v. Washington Public Power Supply System, et al. | W.D.Wash. McGovern | C83-578 | NTN | | 1-27-87 D | |
| B-14 | Wallace M. Rudolph v. Merrill, Lynch, Pierce, Fenner & Smith, Inc. 8/10/83 | N.D.Ill. Bua | 83C3303 not included | | | | VACATED 11/10/83 |
| B-15 | Malcolm Pine, et al. v. Chemical Bank, et al. 8/10/83 | E.D.N.Y. Costantino | 83-2896 | 8/30/83 | C83-1551 | 9/89 D | |
| B-16 | V. Lee Ringler, et al. v. Merrill, Lynch, Pierce, Fenner & Smith, Inc. not included  OPPOSED AUG 24 1983 8/10/83 | S.D.Ga. Bowen | CV183-18 | | | | Vacated 9/15/83 |
| XYZ-17 | Danny S. Fruchter, etc. v. Washington Public Power Supply System, et al. | W.D.Wash Bilby | C83-1066 | | | 9/89 D | |
| XYZ-18 | Bryna Stepak v. Washington Public Power Supply System, et al. | W.D.Wash Bilby | C83-1041 | | | 9/89 D | |
| XYZ-19 | Chemical Bank v. Public Utility District No. 1 of Benton County, Wash. | W.D.Wash Bilby | C83-1080 | | | 9/89 D | |
| XYZ-20 | Lawrence Zucker v. Washington Public Power Supply System, et al. | W.D.Wash Bilby | C83-1112 | | | 9/89 D | |

DOCKET NO. 551 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-21 | Martin Woolin, etc. v. Washington Public Power Supply System, et al. | W.D.Wash Bilby | C 83-1118 | | | 9/89 D | |
| XYZ-22 | 766 Broadway Corp., Inc., etc. v. Washington Public Power Supply System, et al. | W.D.Wash Bilby | 83-1216 | | | 9/89 D | |
| XYZ-23 | The Doctors Company, etc. v. Washington Pubic Power Supply System, et al. | W.D.Wash Bilby | 83-1233 | | | 9/89 D | |
| xyz-24 | Ruth C. Sigmund, etc. v. Washington Public Power Supply System, et al. | W.D.Wash Bilby | 83-1249 | | | 9/89 D | |
| XYZ-25 | MGIC Indemnity Corp. v. Public Utility District No. 1 of Benton County, Wash., et al. | W.D.Wash Bilby [For discovery only] | C84-690 | | | 9/89 D | |
| C-26 | Donald J. Glenning v. Donald Sheldon & Co., et al. 9/5/84 | S.D.Tex. Gibson | G83-467 | 9-21-84 | 84-1329 | 5/15/89 R | |
| C-27 | Edward Gaugler, et al. v. Merrill Lynch, Pierce, Fenner & Smith, Inc., et al. 3-21-85 - opposed 4/11/85 | D.N.J. Gerry | 85-0734-G | 5/3/85 | 85-856 | 1/18/90 D | |
| XYZ-28 | Rosalyn Mirotznik, et al. v. Leroy Love, et al. | W.D. Wash Browning | C85-105 | | | 9/89 D | |

*July 1984 — 3 TR/19 XYZ/2 Dis/30 Pdg.*

*July 1985 - 4 TR; 24 Pending*

DOCKET NO. 551 -- In re Washington Public Power Supply System Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-29 | Arthur I. Kronfeld, et al. v. Miller, Schroeder Municipals, Inc., et al. | Cal.,C. Real | 85-3951 | | | | |
| D-30 | Arthur I. Kronfeld, et al. v. Birr Wilson & Co., et al. | Cal.,N. Henderson | C85-3855 | | | | |
| D-31 | Arthur I. Kronfeld, et al. v. Ferris & Co., Inc., et al. | D.C. Bryant | 85-1951 | | | | |
| D-32 | Arthur I. Kronfeld, et al. v. Financial Research Co., et al. | Fla.,M. Carr | 85-964-CIV-T-13 | | | | |
| D-33 | Arthur I. Kronfeld, et al. v. The Alan Bush Brokerage Co., et al. | Fla.,S. Paine | 85-6469 | | | | |
| D-34 | Arthur I. Kronfeld, et al. v. Hyun, Kowal and Co. | Hawaii King | 85-0770 | | | | |
| D-35 | Arthur I. Kronfeld, et al. v. Chesley & Dunn, Inc., et al. | Ill.,N. Grady | 85C-05617 | | | | |
| D-36 | Arthur I. Kronfeld, et al. v. Stephens, Inc. | Ind.,N. Kanne | H85-0555 | | | | |
| D-37 | Arthur I. Kronfeld, et al. v. Goelzer & Co., Inc., et al. | Ind.,S. Noland | IP85-904C | | | | |
| D-38 | Arthur I. Kronfeld, et al. v. First National Bank of Louisville | Ky.,W. Johnstone | C85-0622L-J | | | | |
| D-39 | Arthur I. Kronfeld, et al. v. First Jersey National Bank, et al. | N.J. Ackerman | 85-2929 | | | | |
| D-40 | Arthur I. Kronfeld, et al. v. Carty and Co., Inc., et al. | N.Y.,E. Nickerson | 85-2192 | | | | |
| D-41 | Arthur I. Kronfeld, et al. v. Cherokee Securities | N.Y.,N. Miner | 85-CV-847 | | | | |

Closed Lit 9/89

DOCKET NO.  551  -- In re Washington Public Power Supply System Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-42 | Arthur I. Kronfeld, et al. v. Advest, Inc., et al. | N.Y.,S. Sand | 85-C1v-4673 | | | 9/89 D | |
| D-43 | Arthur I. Kronfeld, et al. v. Ellis, Holyoke, et al. | Neb. Schatz | CV85-0-603 | | | 9/89 D | |
| D-44 | Arthur I. Kronfeld, et al. v. Bartlett & Co., et al. | Ohio,S. Weber | C1-85-1107 | | | | |
| D-45 | Arthur I. Kronfeld, et al. v. First Pennsylvania Bank, et al. | Pa.,E. Broderick | 85-3392 | | | | |
| D-46 | Arthur I. Kronfeld, et al. v. Mercantile National Bank at Dallas, et al. | Tex.,N. Deanada Fish | ~~H-85-3449~~ CA 3-85-1119 G | | | | M |
| D-47 | Arthur I. Kronfeld, et al. v. American National Bank of Austin, et al. | Tex.,S. Fish | ~~3-85-1119 G~~ 85-3449 | - - - | - - - - - | 8/16/85 D | |
| D-48 | Arthur I. Kronfeld, et al. v. Sovran Bank, et al. | Va.,E. | 85-0695-A | | | 9/89 D | |
| D-49 | Arthur I. Kronfeld, et al. v. Black & Clark Securities | Wash.,E. Quackenbush | C-85-464-JLQ | | | 9/89 D | |
| D-50 | Arthur I. Kronfeld, et al. v. Campbell, Waterman, Inc., et al. | Wash.,W. Browning | C85-1084 | | | | Dismissed per letter 5/5/86 |
| E-51 | Joe Allen Baker v. Merrill, Lynch, Pierce, Fenner & Smith, a Foreign Corp. et al. 8/4/85 | S.D.Fla Wash.W. Browning | 85-8343 CIV-Paine | 12/20/85 | C86-003 | 11/24/87 | |
| E-52 | Elmer B. Hodges v. Washington Public Power Supply System, et al. 12-20-85 Opposed 1/2/86 | Mo.,W. ~~Wright~~ Sachs | 85-1437-CV-W-86 | 4-10-86 | C86-479 | 10/30/86 D | |
| E-53 | Bernard Chiert v. Washington Public Power Supply System, et al. 3/13/84 | E.D.N.Y. Platt | CV-85-4590 | 3/31/86 | C-86-478 | 9/89 D | |

July 1986 - 3TR/27 Pag.

DOCKET NO. 551 -- IN RE WASHINGTON PUBLIC POWER SUPPLY SYSTEMS SECURITIES LIT.

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| F-54 | Edward Gaugler, et al. v. Merrill Lynch, et al. 7-2-86 | D. N.J. J. Gerry | 85-5326 | 8/6/86 | 86-1220 | 6-6-87 | |
| | July 1987 - 1 TR/4 Dis /24 Pending | | | | | | |
| | July 1988 - Same | | | | | | |
| | July 1989 - 2 Dis /22 Pending | | | | | | |
| G-55 | Illinois Employers Insurance of Wausau v. Public Utility District No. 1 of Cowlitz County 12/14/89 | N.D.Cal. Orrick | C89-4243-WHO | 1-2-90 | C90-0053 (ARIZONA #) | | transferred to Arizona |
| | July 1990 - 1 TR /23 Pending | | | | | | |
| G-56 | Illinois Employers Insurance of Wausau v. Public Utility District No. 2 of Grant County 10/23/90 | N.D.Cal. Smith | C-90-2805-FMS | 11/8/90 | C90-1639 (W.D. WASHINGTON) | * | |
| G-57 | Public Utility District No. 2 of Grant County v. Illinois Employers Insurance of Wausau opposed 11/29/91 2/14/91 | E.D.Wash. Quackenbush JLQ | CS-91-010-JLQ | 6-6-91 | C91-816 (WD Washington) | Remanded to state court 3/14/9 | |
| | July 1991 - 3 TR / Pending | | | | | | |

* Stayed Pending Outcome of State Action.

JBML FORM 1 -- Continuation ®

DOCKET NO. 551 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| H-58 | Federated Rural Electric Insurance Corporation v. Salmon River Electric Cooperative | Kan. Rogers | 91-4088-R | | | | |
| H-59 | Federated Rural Electric Insurance Corporation v. Tanner Electric Cooperative | Kan. Rogers | 91-4095-R | | | | |
| H-60 | Federated Rural Electric Insurance Corporation v. Lincoln Electric Cooperative, Inc. | Kan. Rogers | 91-4097-R | | | | |
| H-61 | Federated Rural Electric Insurance Corporation v. Rural Electric Co. 10/24/91 opposed 11/7/91 | Kan. Saffels Rogers | 91-4085-R | | | | |
| H-62 | Federated Rural Electric Insurance Corporation v. Ohop Mutual Light Co, 10/24/91 opposed 11/7/91 | Kan. Rogers | 91-4096-R | | | | |
| H-63 | Federated Rural Electric Insurance Corporation v. Okanogan County Electric Cooperative, Inc. opposed 11/7/91 10/24/91 | Kan. Saffels Rogers | 91-4094-R | | | | |
| H-64 | Federated Rural Electric Insurance Corporation v. Prairie Power Cooperative 10/24/91 opposed 11/7/91 | Kan. Saffels Rogers | 91-4087-R | | | | |
| H-65 | Federated Rural Electric Insurance Corporation v. Nespelem Valley Electric Cooperative, Inc. opposed 11/7/91 10/24/91 | Kan. Rogers | 91-4093-R | | | | |
| H-66 | Federated Rural Electric Insurance Corporation v. Kootenai Electric Cooperative 10/24/91 opposed 11/7/91 | Kan. Rogers | 91-4083-R | | | | |
| H-67 | Federated Rural Electric Insurance Corporation v. Fall River Rural Electric Cooperative 10/24/91 opposed 11/7/91 | Kan. Saffels Rogers | 91-4084-R | | | | |
| H-68 | Federated Rural Electric Insurance Corporation v. Lost River Electric Cooperative 10/24/91 opposed 11/7/91 | Kan. Rogers | 91-4086-R | | | | |
| H-69 | Federated Rural Electric Insurance Corporation v. Midstate Electric Cooperative, Inc. 10/24/91 opposed 11/7/91 | Kan. Saffels Rogers | 91-4089-R | | | | |
| H-70 | Federated Rural Electric Insurance Corporation v. DOuglas Electric Cooperative, INc. 10/24/91 opposed 11/7/91 | Kan. Saffels Rogers | 91-4090-R | | | | |
| H-71 | Federated Rural Electric Insurance Corporation v. Hood River Electric Cooperative 10/24/91 opposed 11/7/91 | Kan. Rogers | 91-4091-R | | | | |

CTO Vacated 2/11/92

DOCKET NO. 551 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| H-72 | Federated Rural Electric Insurance Corporation v. Lane Electric Cooperative, Inc. 10/24/91 Opposed 11/0/91 | Kan. Saffels Rogers | 91-4092-8 | | | | |
| H-73 | Federated Rural Electric Insurance Corporation v. Inland Power & Light Co. Opposed 11/0/91 10/24/91 | Kan. Saffels Rogers | 91-4098-8 | | C10 Vacated 2/11/92 | | |
| H-74 | Douglas Electric Cooperative, Inc., et al. v. Federated Rural Electric Insurance Corp. Opposed 11/0/91 10/24/91 | Oregon Hogan | 91-6189-HO | | | | |
| | July 1992  1 Dism./ 1 Pending (G.56) | | | | | | |
| | Sept 1992 | | | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 551 -- IN RE WASHINGTON PUBLIC POWER SUPPLY SYSTEM SECURITIES LITIGATION

(List compiled from information on PASL and J. Bilby's 9/17/83 Pretrial Order,
Updated 4/1986 through information received from counsel)

PLAINTIFFS' LEAD COUNSEL/EXECUTIVE
COMMITTEE
Ewward A. Grossman, Esquire
Bernstein, Litowitz, Berger
  & Grossman
1285 Avenue of the Americas
New York, New York  10019
Melvyn I. Weiss, Esquire
Milberg, Weiss, Bershad, Specthrie
  & Lerach
One Pennsylvania Plaza
New York, N.Y. 10119
James R. Irwin, Esq.
Preston, Thorgrimson, Shidler,
  Gates & Ellis
5400 Columbia Seafirst Center
701 Fifth Ave.
Seattle, WA  98104-7011
Michael Mines, Esquire
Betts, Patterson & Mines
800 Finanacial Center
1215 Fourth Avenue
Seattle, WA 98161-1090

VARIOUS CLASS PLAINTIFFS
Bruce Pym, Esq.
Graham & Dunn
3400 Rainier Bank Tower
1301 Fifth Ave.
Seattle, WA  98101

DEFENDANTS' LIAISON COUNSEL

EAST COAST
William F. Koegel, Esquire
Rogers & Wells
200 Park Ave.
New York, N.Y. 10166

WEST COAST
Albert R. Malanca, Esquire
Gordon, Thomas, Honeywell, Malanca,
  Peterson & O'Hern
P.O. Box 1157
Tacoma, WA 98401

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _p.2_____

DOCKET NO. __551__ -- _____

---

PLTF. HENRY PURCHALL
Paul M. Bernstein, Esquire
Bernstein, Litowitz, Berger & Grossman
875 Third Ave
New York, N.Y. 10022

PLTF. JOSEPH HARRIS
Melvyn I. Weiss, Esquire
Milberg, Weiss, Bershad, Specthrie
  & Lerach
One Pennsylvania Plaza
New York, N.Y. 10119

PLTF. DAVID GOLD AND MARVIN FRANKEL
James R. Irwin, Esquire
Shidler, McBroom & Gates
3500 First Interstate Center
Seattle, WA 98104

PLTF. CHEMICAL BANK
Michael Mines, Esquire
Betts, Patterson & Mines
800 Financial Center
1215 Fourth Avenue
Seattle, WA 98161-1090

DAVID GOLD AND MARVIN FRANKEL
Allan K. Peckel, Esquire
Rabin & Silverman
Kaufman, Malchman & Kirby, P.C.
475 Park Avenue, South
New York, N.Y. 10016

ROSALYN MIROTZNIK
David Berger, Esquire
Berger & Montague, P.C.
1622 Locust St
Philadelphia, PA 19103

MORRIS MASSRY
Stephen D. Oestreich, Esquire
Wolf, Popper, Ross, Wolf & Jones
845 Third Avenue
New York, N.Y. 10022

PAUL J. BONSEIGNEUR
Stuart D. Wechsler, Esquire
Goodkind, Wechsler & Labaton
122 East 42nd Street
New York, N.Y. 10168

PAUL J. BONSEIGNEUR
J. Porter Kelley, Esquire
Wolfstone, Panchot, Bloch &
  Kelly
1117 Norton Building
801 Second Ave.
Seattle, WA 98104

HENRY PUCHALL
Richard D. Greenfield, Esquire
Greenfield, Chimicles & Lewis
1 Harverford Center
361 West Lancaster
Haverford, PA 19041

HOWARD SHELDON
Gerald Rodos, Esq.
Barrack, Rodos & Bacinew
1845 Walnut Street, Suite 2100
Philadelphia, Pennsylvania 19103

JACK SCHROEDER
Samuel P. Sporn, Esquire
Schoengold & Sporn
217 Broadway
New York, N.Y. 10007

LEONARD LAUB
David B. Gold, Esquire
David B. Gold, P.A.
120 Montgomery St.
Suite 650
San Francisco, CA 94101

LOUIS BRAZEN AND 776 BROADWAY
Joel C. Meredith, Esquire
Meredith & Cohen, P.C.
Architects Building/22 Fl.
117 S. 17th Street
Philadelphia, PA 19103

Plaintiff Intervenor Schein
Daniel W. Krasner, Esq.
Wolf, Haldenstein, Adler, Freeman &
  Herz
270 Madison Ave.
New York, N.Y. 10016

JPML FORM 2A -- Continuation

Counsel of Record -- p. 3

DOCKET NO.  551  -- _____

BRYNA STEPAK
Harevey Greenfield, Esquire
19 West 44th St.
New York, N.Y.  10016

DANNY S. FRUCHTER
Barry F. Schwartz, Esquire
Wolf, Block, Schorr and Solis-Cohen
Packard Building/12th Fl.
15th and Chestnut Streets
Philadelphia, PA  19102

LAWRENCE ZUCKER
Jules Brody, Esquire
Stull, Stull & Broady
Six East 45th St.
New York, N.Y.  10017

MARTIN WOOLIN
Lowell E. Sachnoff, Esquire
Sachnoff, Weaver & Rubenstein, Ltd.
One IBM Plaza/47th Floor
Chicago, IL  60611

THE DOCTORS COMPANY
Guido Saveri, Esquire
Saveri & Saveri
111 Sutter St., Suite 2140
San Francisco, CA 94104

RUTH SIGMUND, TRUSTEE
Lawrence H. Eiger, Esquire
135 South LaSalle St.
Suite 2323
Chicago, IL 60603

MALCOLM PINE
I. Walton Bader, Esquire
65 Court Street
White Plains, N.Y.

PUD NO. 1 OF CLARK COUNTY, WA
PUD NO. 1 OF GRAYS HARBOR, WA
PUD NO. 1 OF MASON COUNTY, WA
PUD NO. 3 OF MASON COUNTY, WA
PUD NO. 1 OF OKANOGAN COUNTY, WA
PUD NO. 2 OF PACIFIC COUNTY, WA

(Continued)
PUD NO. 1 OF SKAMANIA COUNTY, WA
PUD NO. 1 OF LEWIS COUNTY, WA
PUD NO. 1 OF BENTON COUNTY, WA
PUD NO. 1 OF COWLITZ COUNTY, WA
CITY OF TACOMA, WA

| | |
|---|---|
| JOHN J. GOLDSBURY | DON CLAYHOLD |
| ED FISCHER | D. E. HUGHES |
| HOWARD RICHMAN | JOHN J. WELCH |
| ARNOLD J. JAMES | T. R. TEITZEL |
| LEONARD ALLEN | EDWIN W. TAYLOR |
| M. D. PARRETT | STANTON M. CAIN |
| JOHN DUNSMOOR | QUENTIN MIZER |
| HAL NORMAN | ROLF E. JEMTEGAARD |
| J. D. COCKRELL | JAMES E. THOMPSON |
| A. J. BENEDETTI | PAUL J. NOLAN |
| ROBERT L. MCKINNEY | GEORGE WATTERS |
| FERRIS G. GILKEY | EDWARD E. COATES |
| LELAND D. SEARLES | EDWIN L. MORRIS |
| DENNIS E. ROHR | R. W. BLODGETT |

STEILACOOM, WA
BLAIM, WA
SUMAS, WA
PUD NO. 1 OF KLICKITAT COUNTY, WA
ORCAS POWER & LIGHT CO.
Albert R. Malanca, Esquire
Gordon, Thomas, Honeywell, Malanca,
  Peterson & O'Hern
P. O. Box
2200 First Interstate Plaza
Tacoma, WA 98401

COLUMBIA DEFENDANTS
COLUMBIA RURAL ELECTRIC ASSN., INC.
BLACHLY-LANE COUNTY COOPERATIVE
  ELECTRIC ASSNM.
COLUMBIA BASIN ELECTRIC COOPERATIVE,
  INC.
CONSUMERS POWER, INC.
COOS-CURRY ELECTRIC COOPERATIVE, INC.
DOUGLAS ELECTRIC COOPERATIVE, INC.
HOOD RIVER ELECTRIC COOPERATIVE
lLANE ELECTRIC COOPERATIVE, INC.
MIDSTATE ELECTRIC COOPERATIVE, INC.
SALEM ELECTRIC
UMATILLA ELECTRIC COOPERATIVE ASSN.
WASCO ELECTRIC COOPERATIVE, INC.
KOOTENAI ELECTRIC COOPERATIVE, INC.

JPML FORM 2A -- Continuation ⊕

DOCKET NO. 551  -- _____

====================================================

(Continued)
FALL RIVER RURAL ELECTRIC COOPERATIVE,
   INC.
LOST RIVER ELECTRIC COOPERATIVE, INC.
RAFT RIVER RURAL ELECTRIC COOPERATIVE,
   INC.
INLAND POWER & LIGHT COMPANY
CLARK BREWINGTON   RUSSELL DORRAN
ROBERT SCHARNHORST
PACIFIC NORTHWEST GENERATING CO.
CENTRAL ELECTRIC COOPERATIVE, INC.
David F. Jurca, Esquire
Helsell, Fetterman, Martin,
   Todd & Hokanson
P.O. Box 21846
Seattle, WA  98111

BIG BEND ELECTRIC COOPRATIVE, INC.
LINCOLN ELECTRIC COOPERATIVE, INC.
MISSOULA ELECTRIC COOPERATIVE, INC.
RAVALLI COUNTY ELECTRIC COOPRATIVE, INC.
SALMOPN RIVER ELECTRIC COOPERATIVE, INC.
TANNER ELECTRIC COOEPRATIVE
VERA IRRIFGATION DISTRICT NO 15
VIGILANTE ELECTRIC COOPERATIVE, INC.
BYRON WAGNER
JOSEPH W. CUSTER
BENTON  RURAL ELECTIC ASSOCIATION
Gregory E. Keller, Esq.
Hillis Clark Martin & Peterson,
500 Galland Building
1221 Second Ave.
Seattle, WA  98101-2925

CITY OF ELLENSBURG, WA
PUD NO. 1 OF WAHKIAKUM COUNTY, WA
PUD NO. 1 OF PEND OREILLE COUNTY, WA
Hugo E. Oswald, Jr., Esquire
Jones, Grey & Bayley
One Union Square Building
Seattle, WA  98101

CENTRAL LINCOLN PEOPLE'S UTILITY DISTRICT
CLATSKANIE PEOPLE's UTILITY DISTRICT
TILLAMOOK PEOPLE'S UTILITY DISTRICT
CITY OF CANBY, OREGON UTILITY BOARD
CITY OF CASCADE LOCKS, OREGON
DONALD M. DEFREESE

(Continued)
CITY OF MCMINNVILLE, OR
CITY OF DRAIN, OREGON
ALAN H. JONES
CITY OF SPRINGFIELD, OR
CITY OF MILTON-FREWATER, OR
STEVE LOVELAND
JACK MADISON
Larry S. Gangnes, Esquire
Lane, Powell, Moss & Miller
3800 Rainier Bank Tower
Seattle, Washington  98101

MARION C. BABB        KIRBY BILLINGSLEY
LANE A. BRAY          KENNETH R. COCHRANE
CHARLES F. EMERICK    GERALD C. FENTON
A.E. FLETCHER         W.G. HULBERT, JR.
C.K JOLLY             ROBERT O. KEISER
THOMAS LINEHAM        THOMAS M. LOGSTON
FRANCIS LOLNGO        L. JOE MILLER
ROBERT H. MURRAY      DAVID MYERS
HAROLD F. NELSON      LARRY NICKEL
C. STANFORD OLSEN     HOWARD PREY
JOSEPH P. RECCHI      LARRY SHARPE
JOHN L. TOEVA         GORDON VICKERY
GLENN C. WALKLEY
Everett B. Clary, Esquire
O'Melveny & Myers
400 South Hope Street
Los Angeles, CA  90071-2899

PUD NO. 1 OF SNOHOIMISH COUNTY, WA
PUD NO. 1 OF CALLAM COUNTY, WA
PUD NO. 1 OF CHELAN COUNTY, WA
PUD NO. 1 OF GRANT COUNTY, WA
PUD NO. 1 OF DOUGLAS COUNTY, WA
PUD NO. 1 OF FRANKLIN COUNTY, WA
CITY OF RICHLAND, WASHINGTON

Bennet A. McConaughy, Esq.
Foster Pepper & Shefelman
777 108th Avenue, N.E.
Suite 1500
Bellevue, WA  98004

JPML FORM 2A -- Continuation

Counsel of Record -- p. 5

DOCKET NO. 551 -- _____

| | |
|---|---|
| LEAD COUNSEL FOR SMALL UTILITIES GROUP | UNITED STATES OF AMERICA |

LEAD COUNSEL FOR SMALL UTILITIES GROUP
CITY OF BRANDON, OREGON
CITY OF BONNERS FERRY, IDAHO
CITY OF BURLEY, IDAHO
CITY OF CENTRALIA, WASHINGTON
CLEARWATER POWER COMPANY
ELMHURST MUTUAL POWER & LIGHT
GLACIER ELECTRIC COOPERATIVE
CITY OF HEYBURN, IDAHO
IDAHO COUNTY LIGHT & POWER
CITY OF IDAHO FALLS, IDAHO
LOWER VALLEY POWER & LIGHT
TOWN OF MCCLEARY, WASH.
NESPELEM VALLEY ELECTRIC COOPERATIVE
NORTHERN LIGHTS, INC
OHOP MUTUAL LIGHT
OKANOGAN COUNTY ELECTRIC COOPERATIVE
PARKLAND LIGHT & WATER ·COMPANY
CITY OF PORT ANGELES, WA
PRARIE POWER COOPERATIVE
RURAL ELECTRIC ASSOCIATION
CITY OF RUPERT, IDAHO
UNITY LIGHT & POWER
WELLS RURAL ELETRIC COMPANY
WEST OREGON ELECTRIC COOPERATIVE
ALDER MUTUAL LIGHT COMPANY
John D. Lowery, Esquire
Riddell, Williams, Bullitt & Walkinshaw
Sea-First Bank Building
Seattle, WA  98154

PUD NO. 1 OF FERRY COUNTY, WA
PUD NO. 1 OF KITTITAS COUNTY, WA
ROGER SPARKS        WILLIAM KUEHNE
RICHARD WINDSOR     HAROLD JENKINS
CLAIR HILDEBRANDT
CITY OF SEATTLE, WA
Malcolm S. Harris, Esquire
Harris, Mericle & Bariault
Suite 3210
1111 Third Avenue
Seattle, WA  98402

WASHINGTON PUBLIC POWER SUPPLY SYSTEM
Robert D. Stewart, Esquire
Culp, Dwyer, Guterson & Grader
One Union Square
Seattle, WA

UNITED STATES OF AMERICA
BONNEVILLE POWER ADMINISTRATION
Mark C. Rutzick, Esquire
U. S. Department of Justice
500 N.E. Multrough Street
Portland, OR 97232

WOOD & DAWSON
HOUGHTON, CLUCK, COUGHLIN & RILEY
Irwin J. Sugarman, Esquire
Shulte, Roth & Zabel
460 Park Avenue
New York, N.Y. 10022

UNITED ENGINEERS & CONSTRUCTORS, INC.
EBASCO SERVICES INC.
R.W. BECK AND ASSOC.
EBASCO SERVICES, INC.
UNITED ENGINEERS AND CONTRACTORS, INC.
Otto G. Klein, III, Esquire
Syrdal, Danelo, Klein & Myre
Suite 2400
4th & Blanchard Building
Seattle, WA  98101

MERRILL, LYNCH, PIERCE, FENNER & SMITH,
   INC.
SALOMON BROTHERS, INC.
SMITH BARNEY, HARRIS UPHAM & CO., INC.
PRUDENTIAL-BACHE SECURITIES, INC.
Herbert M. Wachtell, Esquire
Wachtell, Lipton, Rosen & Katz
299 Park Avenue
New York, New York 10171

BLYTH EASTMAN PAINE WEBBER, INC.
James J. Hagan, Esquire
Simpson, thacher & Bartlett
One Battery Park Plaza
New York, N.Y. 10004

ELMER B. HODGES (E-52)
Elmer B. Hodges
5512 Central Street
Kansas City, MO  64113

BERNARD CHIERT (E-53)
Bernard Chiert, Esquire
1090 Furth Road
Valley Stream N.Y.  11581

Case MDL No. 551   Document 1   Filed 06/03/15   Page 41 of 60

JPML FORM 2A -- Continuation ⊙

DOCKET NO. 551 -- IN RE WASHINGTON PUBLIC POWER SUPPLY SYSTEM SECURITIES LITIGATION

EDWARD GAUGLER, ET AL. (F-54)
Robert Braverman, Esq.
1874 East Marlton Pike
Cherry Hill, NJ  08003

PUBLIC UTILITY DISTRICT NO. 1
OF COWLITZ COUNTY (deft. G-55)
(previously listed)
Albert R. Malanca, Esq.
(see liaison counsel)

ILLINOIS EMPLOYERS INSURANCE OF WAUSAU
(G-56
(Same counsel and address as G-55)

PUBLIC UTILITY DISTRICT NO. 2 OF
  GRANT COUNTY
Public Utility District No. 2
 of Grant County
Post Office Box 878
Ephrata, Washington  98823

PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY
(G-57)
Ray A. Foianini, Esquire
Foianini Law Offices
234 First N.W.
Post Office Box 908
Ephrata, Washington  98823

ILLINOIS EMPLOYERS INSURANCE OF WAUSAU
(Deft. in G-57)
James S. Brown, Esquire   Fredericks
(Same address as G-55)

ILLINOIS EMPLOYERS INSURANCE OF WAUSAU
(G-55)
Dale E. Fredericks, Esq.
Bruce D. Celebrezze, Esq.
Sheppard, Mullin, Richter & Hampton
Four Embarcadero Center, 17th Floor
San francisco, California  94111

FEDERATED RURAL ELECTRIC INSURANCE
  CORPORATION (H-58 THRU H-60)
Michael K. Seck, Esq.
Fisher, Patterson, Sayler & Smith
32 Corporate Woods, Suite 790
9225 Indiana Creek Parkway
Overland Park, KS  66210

Dale E. Fredericks, Esq.
Bruce D. Celebrezze, Esq.
4 Embarcadero Center
17th Floor
San Francisco, CA  94111



ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 551 -- IN RE WASHINGTON PUBLIC POWER SUPPLY SYSTEM
            SECURITIES LITIGATION

FEDERATED RURAL ELECTRIC
INSURANCE CORPORATION
(H-61 THRU H-73)
Michael K. Seck, Esq.
Fisher, Petterson, Sayler & Smith
400 Bank IV Tower
P.O. Box 949
Topeka, Kansas 66601

Dale E. Fredericks, Esq.
Bruce D. Celebrezze, Esq.
Four Embarcadero Center, 17th Floor
San Francisco, California 94111

DOUGLAS ELECTRIC COOPERATIVE,
INC. (H-74)
Richard W. Butler, Esq.
Brian D. Stine, Esq.
Atherly, Butler & Burgott
1200 Executive Parkway, Suite 440
Eugene, Oregon 97401-6702

RURAL ELECTRIC CO.
OHOP MUTUAL LIGHT CO.
OKANOGAN COUNTY ELECTRIC
   COOPERATIVE, INC.
PRAIRIE POWER COOPERATIVE
NESPELEM VALLEY ELECTRIC (DEFT.
IN (H-61 THRU H-65)
John D. Lowery, Esq.
Riddell, Williams, Bullitt & Walkinshaw
1001 Fourth Avenue Plaza
Suite 4400
Seattle, Washington 98154

KOOTENAI ELECTRIC COOPERATIVE
FALL RIVER RURAL ELECTRIC
   COOPERATIVE
LOST RIVER ELECTRIC COOPERATIVE
MIDSTATE ELECTRIC COOPERATIVE,
   INC.
DOUGLAS ELECTRIC COOPERATIVE,
   INC.
HOOD RIVER ELECTRIC COOPERATIVE
LANE ELECTRIC COOPERATIVE, INC.
INLAND POWER & LIGHT CO.
   (DEFT. IN  H-66 THRU H-73)
David F. Jurca
Helsell, Fetterman, Martin, Todd & Hokanson
1500 Puget Sound Plaza
1325 Fourth Avenue
P.O. Box 21846
Seattle, Washington 98111

JPML FORM 3

p. __1__

## COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __551__ -- In re Washington Public Power System Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Washington Public Power Supply System | A-2,3,6,7,8,9, 13 A F-1, 18,20,21, 22,23 C-26, C-27, F-52, F-53, F-54 |
| Public Utility District No. 1 of Benton County, Washington | A-2,3,4,5,22, C-27, F-52, F-53, F-54 |
| Central Lincoln People's Utility District | A-2,3 C-27, F-52 F-53, F-54 |
| Public Utility District No. 1 of Chelan County | A-2,3,4,5 C-27, F-52, F-53, F-54 |
| Public Utility District No. 1 of Clark County, Washington | A-2,3,4,5 C-27, F-52, F-53, F-54 |
| Clatskanie People's Utility District | A-2,3 C-27, F-52 F-53, F-54 |
| Public Utility District No. 1 of Cowlitz County, Washington | A-2,3,4,5 C-27 F-52, F-53, F54 G-55 |
| Public Utility District No. 1 of Douglas County, Washington | A-2,3,4,5 C-27, F-52, F-53, F-54 |
| ~~XXXXX~~ Public Utility District No. 1 of Franklin County, Wash. | A-2,3,4,5 C-27 F-52 F-53, F-54 |
| Public Utility District No. 2 of Grant County, Washington | A-2,3,4,5 C-27, F-52, F-52, F-53, F-54 G-56 |
| Public Utility District No. 1 of Grays Harbor County, Wash. | A-2,3,4,5 C-27, F-52, F-53 F-54 |

p. 2

| | |
|---|---|
| Public Utility District No. 1 of Klickitat County, Wash. | A-2,3,4,5, C-27, E-52, E-53, F-54 |
| Public Utility District No. 1 of Lewis County, Wash. | A-2,3,4,5, C-27, E-52, E-53, F-54 |
| Public Utility District No. 1 of Mason County, Wash. | A-2,3, C-27, E-52, E-53, F-54 |
| Public Utility District No. 3 of Mason County, Wash. | A-2,3,4,5, C-27, E-52, E-53, F-54 |
| Northern Wasco County People's Utility District | A-2,3, C-27, E-52, E-53 |
| Public Utility District No. 1 of Okanogan County, Wash. | A-2,3,4,5, C-27, E-52, E-53, F-54 |
| Public Utility District No. 2 of Pacific County, Wash. | A-2,3,4,5, C-27, E-52, E-53, F-54 |
| Public Utility District No. 1 of Pend Oreille County, Wash. | A-2,3, C-27, E-52, E-53, F-54 |
| Public Utility District No. 1 of Skamania County, Wash. | A-2,3,4,5, C-27, E-52, E-53, F-54 |
| Public Utility District No. 1 of Snohomish, County, Wash. | A-2,3,4,5, C-27, E-52, E-53, F-54 |
| Tillamook People's Utility District | A-2,3, C-27, E-52, E-53, F-54 |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 551 --

| Name of Party | Named as Party in Following Actions |
|---|---|
| Vera Irrigation District No. 15 | A-2,3, , E-59, E-53, E-54 |
| Public Utility District No. 1 of Wahkiakum County, Wash. | A-2,3,4,5, C-27, E-59, E-53, E-54 |
| City of Bandon, Oregon | A-2,3,22, , E-59, E-53, E-54 |
| City of Blaine, Wash. | A-2,3,22, , E-59, E-53, |
| City of Bonners Ferry, Idaho | A-2,3,22, , E-59, E-53, E-54 |
| City of Burley, Idaho | A-2,3,22, , E-59, E-53, |
| City of Canby, Oregon | A-2,3,22, , E-59, E-53, 54 |
| City of Cascade Locks, Oregon | A-2,3,22, , E-59, E-53, E-54 |
| City of Centralia, Wash. | A-2,3,22, , E-59, E-53, E-54 |
| City of Drain, Oregon | A-2,3, E-59, E-53, E-54 |
| City of Ellensburg, Wash. | A-2,3,4,5,23, C-27, E-59, E-53, E-54 |

| | |
|---|---|
| City of Heyburn, Idaho | A-2,3 , F-52, F-53, F-54 |
| City of Idaho Falls, Idaho | A-2,3 , F-52, F-53, F-54 |
| Town of McCleary, Wash. | A-2,3 , F-52, F-53, F-54 |
| City of McMinnville, Oregon | A-2,3 , F-52, F-53, F-54 |
| City of Milton-Freewater, Oregon | A-2,3 , F-52, F-53, F-54 |
| City of Port Angeles, Wash. | A-2,3 , F-52, F-53, F-54 |
| City of Richland, Wash. | A-2,3,4,5, C-27, F-52, F-53, F-54 |
| City of Rupert, Idaho | A-2,3 , F-52, F-53, F-54 |
| City of Springfield, Oregon | A-2,3 , F-52, F-53, F-54 |
| Town of Steilacoom, Wash. | A-2,3 , F-52, F-53, F-54 |
| City of Sumas, Wash. | A-2,3 , F-52, F-53, F-54 |

JPML FORM 3

p. _5_

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __551__ -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| R.W. Beck & Assoc. | A-1, 2,3,4,5,6,7,8,9,10,11,12, 13, 8 B-15;18, F-54 |
| United Engineers & Constructors, Inc. | A-1, 2,3,4,5,6,7,8,9,10,11,12, 13, 8 B-15;18, F-54 |
| Ebasco Services, Inc. | A-1, 2,3,4,5,6,7,8,9,10,11,12, 13, 8 B-15;18, 2, F-54 |
| City of Tacoma, Wash. | A-2,3,4,5 C-27, E-52, E-53, F-54 |
| Adler Mutual Light Co. | A-2,3,22, C-27, E-52, E-53, F-54 |
| Benton Rural Electric Assoc. | A-2,3,22, C-27, E-52, E-53, F-54 |
| Big Bend Electric Cooperative, Inc. | A-2,3,22 C-27, E-52, E-53 F-54 |
| Blachly-Lane Electric Cooperative Assoc. | A-2,3,22 C-27, E-52, E-53 F-54 |
| Central Electric Cooperative, Inc. | A-2,3,22, E-52, E-53 |
| Clearwater Power Co. | A-2,3, C-27, E-52, E-53, F-54 |
| Columbia Rural Electric Assoc., Inc. | A-2,3, C-27, E-52, F-54 |

p.  6

| | |
|---|---|
| Consumers Power, Inc. | A-2,3 , E-59, E-53,F-54 |
| Coos-Curry Electric Cooperative, Inc. | A-2,3 , E-59, E-53, F-54 |
| Elmhurst Mutual Power & Light Co., Inc. | A-2,3 , E-52, E-53, F-54 |
| Fall River Rural Electric Cooperative, Inc. | A-2,3 , E-59, E-53,F-54 |
| Glacier Electric Cooperative | A-2,3 , E-59, E-53,F-54 |
| Hood River Electric Cooperative Assoc., Inc. | A-2,3 , E-59, E-53,F-54 |
| Inland Power & Light Co. | A-2,3 , E-59, E-53,F-54 |
| Kootenai Electric Cooperative, Inc. | A-2,3 , E-59, E-53,F-54 |
| Lane Electric Cooperative, Inc. | A-2,3 , E-59, E-53,F-54 |
| Lincoln Electric Cooperative | A-2,3 , E-59, E-53, F-54, H-60 |
| Lost River Electric Cooperative, Inc. | A-2,3 , E-59, E-53, F-54 |

JPML FORM 3

p. ___7___

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___551___ -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Lower Valley Power & Light, Inc. | A-2,3        ,Σ52 , Σ-53, F-54 |
| Midstate Electric Cooperative, Inc. | A-2,3        ,Σ-39 , Σ-53, F-54 |
| Missoula Electric Cooperative, Inc. | A-2,3        ,Σ-59 , Σ-53, F-54 |
| Nespelem Valley Electric Cooperative, Inc. | A-2,3        ,Σ59 , Σ-53, F-54 |
| Northern Lights, Inc. | A-2,3        ,Σ-59 , Σ-53, F-54 |
| Ohop Mutual Light Co. | A-2,3        ,Σ59 , Σ-53, F-54 |
| Okanogan County Electric Cooperative, Inc. | A-2,3        Σ-59 , Σ-53, F-54 |
| Orcas Power & Light Co. | A-2,3        ,Σ-59 , Σ-59, F-54 |
| Parkland Light & Water Co. | A-2,3        ,Σ59 , Σ-53, F-54 |
| Prairie Power Cooperative, Inc. | A-2,3        ,Σ59, Σ-53, F-54 |
| Raft River Rural Electric Cooperative, Inc. | A-2,3        ,Σ-59 , Σ-53, F-54 |

p. 8

| | |
|---|---|
| Ravalli County Electric Cooperative, Inc. | A-2,3   F-52, F-53 |
| Rural Electric Co. | A-2,3   F-52, F-53, F-54 |
| Salem Electric | A-2,3   F-52, F-53, F-54 |
| Salmon River Electric Cooperative, Inc. | A-2,3   F-52, F-53, F-54, H-54 |
| Tanner Electric | A-2,3   F-52, F-53, F-54, H-54 |
| Umatilla Electric Cooperative Assoc. | A-2,3   F-52, F-53, F-54 |
| Unity Light & Power Co. | A-2,3   F-52, F-53, F-54 |
| Vigilante Electric Cooperative, Inc. | A-2,3   F-52, F-53, F-54 |
| Wasco Electric Cooperative, Inc. | A-2,3   F-52, F-53, F-54 |
| Wells Rural Electric Co. | A-2,3   F-52, F-53, F-54 |
| West Oregon Electric Cooperative, Inc. | A-2,3   F-52, F-53, F-54 |

JPML FORM 3

p. 9

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __551__ -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| ~~Public Utility Dist~~ Public Utility District No. 1 of Clallam County | A-2,3,4,5, C-27, F-59, F-53, F-54 |
| Columbia Basin Electric Cooperative, Inc. | A-2,3, , F-59, F-53, F-54 |
| Douglas Electric Cooperative, Inc. | A-2,3, 27, F-59, F-53, F-54 |
| Solomon Brothers, Inc. | A-2,4,6,9,10,11,12, 13;18, F-54 |
| Phibro-Salmon, Inc. | A-3 - C-27, F-54 |
| Idaho County Light & Power Cooperative Assn., Inc. | , F-59, F-54 |
| Merrill Lynch White Weld Capital Markets Group | A-2,3,6,7,10, 13;18 C-27, F-54 |
| Public Utility District No. 1 of Ferry County | A-4,5, C-27, F-53, F-54 |
| Public Utility District No. 1 of Kittitas County | A-4,5, C-27, F-54 |
| City of Seattle, Wash. | A-4,5,23, C-27, F-54 |
| Alvin E. Fletcher | A-4,5, C-27, F-54 |

p. 10

| | |
|---|---|
| Ed Fischer | A-4,5 C-27, F-54 |
| D.E. Hughes | A-4,5 C-27 |
| Howard Prey | A-4,5 C-27, F-54 |
| Robert H. Murray | A-4,5 C-27, F-54 |
| W.G. Hulbert, Jr. | A-4,5 C-27, F-54 |
| Paul J. Nolan | A-4,5 C-27, F-54 |
| Wood & Dawson | A-4,5,6,7,8,9,10,11,12, B-13, C-11 F-54 |
| Prudential Bache Securities, Inc. | A-4,5,9,11,12 C-27, E-37, F-54 |
| Merrill Lynch, Pierce, Finner & Smith, Inc. | A-4,5,6,9,10,11,12, B-14, B-16, C-27, E-37, F-54 |
| Smith Barney, Harris Upham & Co. | A-4,5,9,11,12 C-27, F-54 |
| | |

JPML FORM 3

p. 11

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 551 --

| Name of Party | Named as Party in Following Actions |
|---|---|
| Houghton, Cluck, Coughlin & Riley | A-4,5,7,9,11,12, B-15     F-54 |
| Blythe Eastman Paine Webber, Inc. | A-6,7,8     F-54 |
| Standard & Poor's Corp. | A-9,11,12 |
| Moddy's Investors Service, Inc. | A-9,11,12 |
| Chemical Bank | A-15 |
| Donald Sheldon & Co. | C-26 |
| Paul A. Steets | C-26 |
| Phibro-Salomon Brothers, Inc | C-28 |
| Bonneville Power Administration | C-31 |
| Robert McKinney | F-54 |
| George Watters | F-54 |

p. __12__

| | |
|---|---|
| Pacific Northwest Generating Co. | C 37 F-54 |
| Donald Clayhold | C 37 F-54 |
| Alan Jones | C 37 F-54 |
| J.D. Maner | C 37 F-54 |
| Ferris Gilkey | C 37 F 54 |
| Donald M. DeFreese | C 37 F-54 |
| Russell N. Dorran | C 37 F 54 |
| Edward Coates | C 37 F 54 |
| Steve Loveland | C 37 F 54 |
| Chet Grimes | C 37 F 5 |
| Ed Fisher | C 37 F |

JPML FORM 3

p. __13__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __551__ -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Edwin L. Morris | |
| R.W. Blodgett | |
| J.R. Criswell | |
| Dennis Rohr | |
| Joseph W. Custer | |
| Jack Madison | |
| Tom Howard | |
| Roy Lindley | |
| Dave Piper | |
| Robert Scharnborst | |
| W.C. Hulbert | |

p. __14__

| Name | |
|---|---|
| Phil Jackson | F-54 |
| James E. Thompson | F-54 |
| Clair R. Hilderbrandt | F-54 |
| Glenn C. Wakley | F-54 |
| John L. Toevs | F-54 |
| John J. Welch | F-54 |
| Harold W. Jenkings | F-54 |
| Gerald C. Fenton | F-54 |
| T.R. Teitzel | F-54 |
| Edwin W. Taylor | F-54 |
| Stanton H. Cain | F-54 |

JPML FORM 3

p. __15__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __551__ -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Quentin Mizer | F-54 |
| Lane Bray | F-54 |
| Gordon Vickery | F-54 |
| Rolf E. Jemtegaard | F-54 |
| J.D. Cockrell | F-54 |
| Charles F. Emerick | F-54 |
| C.K. Jolly | F-54 |
| John Dunsmoor | F-54 |
| Richard A. Windsor | F-54 |
| Thomas M. Logston | F-54 |
| James E. Thompson | F-54 |

p.  16

| William G. Keuhne | F-54 |
| Marion C. Babb | F-54 |
| Arnold James | F-54 |
| Hal Norman | F-54 |
| Aldo Benedetti | F-54 |
| Thomas Lineham | F-54 |
| Donald Clayhold | F-54 |
| Larry Sharpe | F-54 |
| Larry Nickel | F-54 |
| M.D. Parrett | F-54 |
| L. Joe Miller | F-54 |

JPML FORM 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 551 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Howard B. Richman | F-54 |
| Kenneth R. Cockrane | F-34 |
| Harold F. Nelson | F-54 |
| Roger Sparks | F-54 |
| Joseph P. Recchi | F-54 |
| C. Stanford Olsen | F-54 |
| *(handwritten)* | |
| Samuel I. Hellman | E-51 |
| Brendan O'Brien | E-51 |
| Edward J. McCormick | E-51 |
| Steven I. Turner | E-51 |

p. _____

| | | |
|---|---|---|
| Donald G. Gurney | E-51 | |
| John B. Pirog | E-51 | |
| John M. McNalley | E-51 | |
| John Doe, (any unkown partner of Wool & Dawson | E-51 | |
| Skellenger, Ginsbery & Bender | E-51 | |
| Robert Perrin | E-51 | |
| Linton Murdock | E-51 | |
| *Brill r ler 4 ... , Inc* | *E 54* | |
| *Illinois Employers Insurance of Wausau* | *IC-57* | |
| | | |
| | | |